**EXHIBIT 2**

---------- Original Message ----------
From: Brad Greenspan <bgreenspan@tiktokglobalnetwork.com>
To: "cfius@treasury.gov" <cfius@treasury.gov>, "cfius.cms@treasury.gov" <cfius.cms@treasury.gov>
Cc: "globalmedia@bytedance.com" <globalmedia@bytedance.com>, "yiming.zhang@bytedance.com" <yiming.zhang@bytedance.com>
Date: 09/09/2020 2:29 PM
Subject: Sec. 2.(d)(i) notification


ATTN: CFIUS
Cc: Mr. Yiming Zhang, CEO ByteDance Ltd

Under Sec. 2.(d)(i), In regards to the U.S. Presidential E.O. Issued on: August 14, 2020 Under section 721 of the Defense Production Act of 1950, as amended (section 721), 50 U.S.C. 4565 Order Regarding the Acquisition of Musical.ly by ByteDance Ltd

September 9, 2020

ATTN: CFIUS
Cc: Mr. Yiming Zhang, CEO ByteDance Ltd

Under Sec. 2.(d)(i), In regards to the U.S. Presidential E.O. Issued on: August 14, 2020
Under section 721 of the Defense Production Act of 1950, as amended (section 721), 50 U.S.C. 4565
Order Regarding the Acquisition of Musical.ly by ByteDance Ltd

Sec. 2. Actions Ordered
(d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:
(i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and
(ii) unless 10 business days have passed from the notification in section 2(d)(i) and CFIUS has not issued an objection to ByteDance. Among the factors CFIUS may consider in reviewing the proposed sale or transfer are whether the buyer or transferee: is a U.S. citizen or is owned by U.S. citizens; has or has had a direct or indirect contractual, financial, familial, employment, or other close and continuous relationship with ByteDance, or its officers, employees, or shareholders; and can demonstrate a willingness and ability to support compliance with this order.

Under Sec. 2.(d)(i), intended recipient or buyer:

TikTok Global Network Inc
244 Fifth Avenue,
Suite #g290
New York, NY 10001
bgreenspan@tiktokglobalnetwork.com

Brad Greenspan
244 Fifth Avenue,
Suite #g290
New York, NY 10001

Per Sec. 2(e) ByteDance will provide specific details of the TikTok Global Network Inc transaction if still applicable under "description of efforts to divest the interests and rights described in section 2(b) and a timeline for projected competion of remaining actions" in next "Weekly basis" required under Sec . 2€ to "certify to CFIUS"

(e) From the date of this order until ByteDance provides a certification of divestment to CFIUS pursuant to section 2(b), ByteDance and TikTok Inc., a Delaware corporation, shall certify to CFIUS on a weekly basis that they are in compliance with this order and include a description of efforts to divest the interests and rights described in section 2(b) and a timeline for projected completion of remaining actions.
 include a description of efforts to divest the interests and rights described in section 2(b) and a timeline for projected completion of remaining actions.

Sec. 2(d)(ii) factors CFIUS may consider in reviewing the proposed sale or transfer are (See Exhibit A)

Regards,

Brad Greenspan
President/CEO
TikTok Global Network Inc
244 Fifth Avenue, Suite #g290
New York, NY 10001

Exhibit A- factors CFIUS may consider in reviewing the proposed sale or transfer are

**whether the buyer or transferee:  is a U.S. citizen or is owned by U.S. citizens; ?**     Yes, the principal executive officer and majority stockholder is a U.S. citizen and the Arkansas incorporated company is majority owned by U.S. citizens, and all substantial owners currently are U.S. person's, the sole substantial owner is the principal executive officer.

**has or has had a direct or indirect contractual, (relationship) with with ByteDance, or its officers, employees, or shareholders;?**   No, neither the Principal executive officer or the U.S. entity has or has had a direct or indirect contractual relationship with Bytedance or its officers or any of its employees or any of its shareholders.

**has or has had a direct or indirect financial, (relationship with ByteDance, or its officers, employees, or shareholders;)?**  No, neither the Principal executive officer or the U.S. entity has or has had a direct or indirect financial relationship with Bytedance or its officers or any of its employees or any of its shareholders.

**has or has had a direct or indirect familial, (relationship) with ByteDance, or its officers, employees, or shareholders;?**

No, neither the Principal executive officer or the U.S. entity has or has had a direct or indirect familial relationship with Bytedance or its officers or any of its employees or any of its shareholders.

**has or has had a direct or indirect employment (relationship) with ByteDance, or its officers, employees, or shareholders;?**

No, neither the Principal executive officer or the U.S. entity has or has had a direct or indirect employment relationship with Bytedance or its officers or any of its employees or any of its shareholders.

**has or has had other close and continuous , (relationship) with ByteDance, or its officers, employees, or shareholders;?**  No, neither the Principal executive officer or the U.S. entity has or has had a close and continuous  relationship with Bytedance or its officers or any of its employees or any of its shareholders.

**can demonstrate a willingness to support compliance with this order.?**   Yes, including the fact that neither the Principal executive officer  or the U.S. entity own, control, or operate any property in China currently

**can demonstrate ability to support compliance with this order.?**

Yes, because the principal executive officer has over 20 years experience working in the technology and Internet sector and further was the CEO of a publicly traded company that certified SEC financial statements  under Sarbanes Oxley and had responsibility for maintaining sufficient internal controls on a regular recurring basis which parallels the compliance requirement standard and certification requirements CFIUS mandates as necessary to comply with its order. See relevant general background attached (Exhibit B) including specific experience of working partnership with Singapore Government's National Research Foundation (NRF), useful when working with CFIUS to expedite its mandated verification and future compliance  (See Exhibit C), former Chairman/majority stockholder of U.S. company selected by Major League Baseball (MLB) as exclusive JV partner and licensee entrusted with its data+proprietary IP to create and operate MLB.cn between 2008-2011 in China.  (See Exhibit D) dealing with data breach matters and consumer protections (See Exhibit E) (led joint effort working with FBI's CT branch beginning in January 2000, the response which is used in training manuals taught as best practices to handle data breach response)

Exhibit B

# Brad Greenspan

244 5th Avenue, Suite #G290  •  New York, NY 10001  •  (646) 664-1229  •  myspacefounder@protonmail.com

---

### NEW BUSINESS DEVELOPER, COACH & TEAM BUILDER
*Myspace.com Founder with 20+ years' success creating scalable startups with high-growth potential*

    Proven entrepreneurial leader with significant experience possessing ability to leverage network and resources to create lean new health and wellness space businesses from scratch seeded with innovative growth strategies, that can be rapidly deployed, tested, revised and optimized by "team first" best of class talent possessing the deep self awareness to value agility as a short term strategic asset affording more future optional or necessary pivots to correct or perfect a business model, multiply opportunities, or accelerate advantageous events including special situation acquisitions or seizing strategic partnerships.

    Skilled communicator experienced in successfully pitching to both public institutional and private investors and strong track record engaging with large company stakeholder senior executives exploring and completing successful strategic partnerships, joint ventures, and licensing deals.

    Strategic thinker who is constantly learning and adept at researching consumer and marketplace trends, emerging businesses models, and emerging technologies to determine the attractiveness of potential new ideas. Well versed in introducing new products, branding, and creating plans that implement sales, marketing, and business initiatives to support corporate objectives while delegating the day to day blocking and tackling to experienced managers, but also comfortable assuming "lead" role as needed to capture or build strong relationships with sales managers, customers, and industry leaders.

A former "the buck stops here" principal public executive officer adept at assessing and taking calculated risks based on ever changing market conditions. Significant experience managing publicly traded and private company P&L, creating "proactive" PR strategy communicating a long term vision for building stockholder value as part of an unanimous executive team "buy in" business plan approving a multi year financial forecast. Also fluent in both overseeing and restructuring SEC Sarbanes-Oxley (SOX) compliant finance departments requiring multiple quarterly financial disclosure filings including DEF-14A annual shareholder proxy statements, while messaging out a clear cohesive story narrative satisfying employee, stakeholder, investor, and market needs. Expert designing robust "reactive" strategies to support active M&A plans, & mitigate unexpected event downside thru rapid complex crisis management plan rollout.

*Core Competencies*

| | | |
|---|---|---|
| P&L Planning | Entrepreneurial | Talent Recruiting |
| ECommerce | Internet Direct Marketing | Creativity |
| Team Building | Leadership | Social Media/Online Video |
| Private+Public Financing | Corporate Governance | SEC SOX Compliance |
| Viral Growth Strategies | Health/Wellness Innovation | |

## Key Accomplishments

- Only creator three separate category #1 websites (ranked by U.S. monthly unique audience)
- Two decades of closing deals with industry leaders such as Microsoft, Yahoo, Sony, Google, Major League Baseball (MLB), Anheuiser Bush, QVC, AOL, Universal Music

Brad Greenspan (page two)

- Management environment facilitated many former employees becoming first time founders and co-founders innovative firms such as Zynga, GoPro, Art19, and TechStyle Fashion Group.
- Created business plan and founder of public company that became the 8th largest U.S. website property and cash flow positive by the end of 2001.
- Credited in 2001 by Gartner Report as having created a unique proprietary "Secret Successful" methodology and process for "Internet Ad Sales" now commonly referred to as "performance based", the type used in 90%+ of all online advertising purchased annually.
- Post 2001 .com bubble burst, as Chairman/CEO of Myspace.com parent company eUniverse, oversaw restructuring including exit of online music CD ecommerce business, creation of 10 new online content/community business units, built a new west coast fulfillment and customer service operation supporting 6 new niche ecommerce businesses, including 3 innovative health/wellness subscription offerings, resulting in $1.8m fiscal year 2000 revenue increasing to $16m in fiscal year 2001. Then became cash flow positive while increasing revenue to $33m in fiscal year 2002, and $66m in fiscal year 2003.
- Founder/Chairman/CEO of eUniverse,Inc 100% owned Myspace.com launched August 2003
- Created and operated Major League Baseball (MLB)'s first official website in China.[1]
- First American to be granted online video streaming license by PRC.
- Launched first live streamed from automobile post game interview show for a U.S. Pro athlete (2008 "Ride Home With Steve Nash")
- Acquired health/wellness service FitnessHeaven.com in 2001, and grew membership 900%
- Chairman of innovative health/wellness company that secured Anheuiser Busch's first enhanced water licensing and distribution partnership
- Created and oversaw incubator in partnership with Singapore Government's National Research Foundation as part of multi-million dollar award.
- In dorm room, during last year of college started a boot strapped 1 person investment bank focusing on Reg-D PIPE private placement financings, within 24 months of graduation as lead placement agent for six public companies, raised $60,000,000+ from ten institutional investors
- Founder/Chairman/CEO of public company that outperformed S&P 500 by over 500% from inception thru News Corp/Fox $650m cash out acquisition (indexed total shareholder return 4/99 – 10/05)
- Provided return of over 550% for initial private placement investors (Series A preferred PIPE) (compared to April 1999 – October 2005 S&P 500 total shareholder return was (-10.699%)
- Co-Founded #1 global citizen journalism online video platform, EU based Liveleak.com
- Partnered with 1999 U.S. Green Chemistry award winning Michigan State University husband/wife chemistry professors, co-founding advanced bio material company that was a cleantech pioneer
- Invited to participate in (UCLA) Chancellor 2007 special meeting on innovation, after which recommendations made on creating original live streaming shows became implemented.
- Partnership with FBI in 2000 became textbook model for countering international cyber crime.

---

[1] Selected by Major League Baseball (MLB) in 2008 to operate international Joint Venture in China. Receiving exclusive license from MLB's Advanced Media to build and operate the first official MLB website for People's Republic of China (PRC), MLB.cn.

Brad Greenspan (page three)

## PROFESSIONAL EXPERIENCE

PALISADES CAPITAL II, INC. *New York, New York*
**MANAGING DIRECTOR** (January 2018 – Present)
Leverage expertise in finance to raise financing for innovative tech startups and to provide M&A support

LIVELEAK.COM *UK*
**PARTNER** (January 2015 – January 2018)
Helped identify and secure new online native based advertising partnerships that generated millions of dollars in new revenue and supported growth of cash flow positive portfolio company that has become one of leaders in mobile online video with over 15 million monthly visitors and 200 million video views.

SOCIAL SLINGSHOT PTE LTD . *Singapore*
**MANAGING DIRECTOR** (December 2010 – June 2014)
After being awarded a multi million dollar incubator fund by the Singapore Government's National Research Foundation (NRF), built out physical incubator in Singapore and investment team including full time portfolio manager, led investment into 5 innovative digital media startups, provided advisory support.

LIVEUNIVERSE, INC. *Los Angeles, California*
**PRESIDENT** (January 2006 – December 2010)
Oversaw and managed three separate business development groups,
*Notable accomplishments:*

- Within 24 months from launch, thru acquisitions, joint ventures, and partnerships, built a network of video entertainment websites receiving over 60 million unique visitors per month.
- Launched pioneer video streaming platform LiveVideo.com which consummated exclusive partnerships creating customized channels and weekly live streamed shows from large Hollywood based production studio managing regular shows and creating content for over 20 celebrities, professional athletes, and music icons including; William Shatner, Joe Rogan, Steve Nash, Elton Brand, Joanna Krupa, Crystal Method, The Game.

- BROADWEBASIA, INC. Beijing, China & *Los Angeles, California*
- **CHAIRMAN (**January 2007 – November 2010)

Oversaw the acquisition of control stakes in five leading China online video and streaming entertainment companies that reached over 70 million unique visitors per month.
*Notable Accomplishments:*

- Closed Major League Baseball (MLB) Joint Venture receiving exclusive license from MLB's Advanced Media to build and operate the first official MLB website for People's Republic of China (PRC), MLB.cn. First American to be granted online video streaming license by PRC.

BORBA COSMETICS, INC. *Burbank, California*
**CHAIRMAN (**January 2007 – December 2009)
Oversaw and assisted CEO of innovative startup cosmetic company with negotiating and closing mission critical partnerships, licensing deals, and joint ventures
*Notable Accomplishments:*

- Closed Anheuiser Busch Joint Venture & multi year licensing deal, QVC strategic partnership, and multi million dollar investment from John Malone's Liberty Media.

PALISADES TECHNOLOGY, INC. *Los Angeles, California*

**PRESIDENT** (November 2004 – November 2006)
Led all business development efforts resulting in consummating strategic partnership with Yahoo to offer a proprietary search engine toolbar on an affiliate and white label basis for popular websites and apps.
*Notable Accomplishments:*

- Within 6 months, consummated partnerships were generating over $500,000 per month in gross revenue run rate allowing the company to become cash flow positive. By end of Year 1, over ten white label search engine partnerships and affiliate deals executed including with leading app Avant Browser, and top casual game company **BigFishGames**

MYSPACE.COM & EUNIVERSE, INC., *Los Angeles, California*
**Founder, Chairman/CEO** (April 1999 – November 2003)
Created and oversaw 15 cross-functional project teams in online content, community, ecommerce, and advertising. Planned, launched, and established benchmarks for business development. Additional scope of responsibility included project tracking, task scheduling, budgeting, change management, risk management, stakeholder communications, and restructurings.
*Notable Accomplishments:*

- Identified initial investors and key acquisition targets while leading innovative reverse merger to become publicly traded in 1999.
- Identified, sourced, and led the consummation of a strategic partnership with **Take Two Interactive**, an interactive gaming company, which generated millions in services revenue and included the receipt of a multi million dollar investment on favorable terms.
- Identified, sourced, and led the consummation of a strategic partnership with **Sony Corporation,** generating millions in advertising revenue, the acquisition of two Sony technology companies, and included the receipt of a multi million dollar investment on favorable terms.
- Identified, sourced, and led the consummation of a strategic AdSense partnership with **Google Corporation,** which generated millions in web based advertising.
- Identified, sourced, and led the consummation of a strategic partnership with **Microsoft Corp.** and its wholly owned MSN Zone portal, providing a proprietary white label pay to play cash skilled gaming platform technology which generated millions in online gaming revenue
- Identified, sourced, and led the consummation of a strategic partnership with **Yahoo Corporation,** which generated millions in online search revenue

PALISADES CAPITAL I, INC. *New York, New York*
**MANAGING DIRECTOR** (August 1996 – April 1999)
Leverage expertise in finance to raise financing for innovative microcap technology & gaming companies
*Notable accomplishments:*

- As sole employee, consummated 6 transactions, raising over $70,000,000 for 3 technology companies, 3 oil & gas corporations, and 1 magazine publisher expanding into retail.
- Thru rigorous research and cold calling, initiated new relationships and sourced investments from 10+ Institutional investors, incl Credit Suisse First Boston, Elliot Associates, Angelo Gordon

## EDUCATION & CREDENTIALS

**UNIVERSITY OF CALIFORNIA LOS ANGELES**, Los Angeles, California; Bachelor of Political Science

**Professional Certifications:** Sarbanes-Oxley(SOX) Public Principle Executive Officer 10-K certifications
**Information Technology Skills:** Microsoft Office Suite

Exhibit C



# A leg-up for start-ups

05:55 AM Dec 31, 2009

**by Cheow Xin Yi**

SINGAPORE - Local technology start-ups have long prayed for more angelic assistance at the most critical stage of their incubation.

Now, a national scheme to address this lack has drawn the keen participation of veteran incubators and angel investors from the likes of MySpace.com founder Brad Greenspan and Silicon Valley's Plug & Play.

Under the $50-million Technology Incubation Scheme (TIS), seven incubators selected by the National Research Foundation (NRF) are tasked with nurturing early stage high-tech start-ups in areas ranging from biomedical science, clean technology to social media.

The government will provide up to 85 per cent co-investment in each start-up identified by the Incubator Managers, up to a maximum of $500,000 per company. The latter will then have to invest in at least the remaining 15 per cent.

As an incentive, the Incubator Manager will have an option to buy out NRF's share in the invested start-ups within 3 years of investment, by repaying the capital plus interest. This way, the government will share the downside risks of the investments, while giving the Incubators the potential upside in successful investments.

Given that the process of starting a high-tech company is "fraught with challenges", founder and chief executive of Singapore-based start up Brandtology Eddie Chau said systematic guidance from experienced entrepreneurs makes a great difference in helping companies start on the right footing and maximises their chances of success.

"Under the guidance of these Incubator Managers, these start-ups would greatly improve their chances of turning their ideas into viable businesses for the global market," said Mr Teo Ming Kian, chairman of the TIS evaluation panel.

Noting the potential of Singapore's innovation capabilities, Neoteny Lab's Mr Joichi Ito - one of the seven selected incubators - said his company have seen many interesting ideas from entrepreneurs in Singapore that are "comparable to those in innovative hotspots elsewhere in the world".

The incubators - only two are local companies - are selected from a pool of 32 proposals from both local and foreign entities.

In fact, Mr Greenspan, the brainchild behind popular US networking website Myspace, founded Social Slingshot just for this initiative to "discover the next great technology or product". His Singapore incubator will invest and mentor start-ups in social media, next generation mobile and clean technology while providing incubatees access to strong web marketing channels.

Associate Professor Annie Koh, Singapore Management University's dean of executive and professional education, called this an "exciting" initiative that can jumpstart innovation here.

"It shows that the government is serious about innovation… and putting money where your mouth is."

Still, going forward, she hopes these scheme can increase the role of local incubators and

EXHIBIT D



Connect with Us:

Online Member Center
Not a Member?
Click Here to Join      Login

Member Sign In
For Journalists
For Bloggers
Global Sites

Search News Releases

| PR Newswire Services | Knowledge Center | Browse News Releases | Contact PR Newswire | Send a News Release |

See more news releases in  Computer Electronics  |  Multimedia & Internet  |  Entertainment  |  OTC, SmallCap  |  General Sports  |  Licensing  |  New Products & Services

# BroadWebAsia Inc. Enters Into Internet Partnership in China With MLB Advanced Media

Share  +1  Follow  More

```
     BEIJING, March 31 /PRNewswire-FirstCall/ -- Buoyed by the success of
the first Major League Baseball exhibition games in China, baseball fans in
the country will now be able to follow the game's brightest stars as they
compete in the United States via an agreement announced today between MLB
Advanced Media, LP (MLBAM) and BroadWebAsia Inc. (OTC Bulletin Board:
BWBA).  MLBAM is the interactive media and Internet company of Major League
Baseball and operates the official league website at http://www.MLB.com as
well as all 30 individual club sites.  BroadWebAsia, established and chaired
by Brad Greenspan, the founder of MySpace, owns and operates six of the
leading web 2.0 properties in China.

     Under the terms of the agreement, BroadWebAsia, an official MLBAM
Licensee in China, will create and host a Major League Baseball-focused
website in simplified Chinese targeting the China market.  The site,
http://www.major.tv/china, is being developed by BroadWebAsia's
Shanghai-based Hupo TV subsidiary (http://www.hupo.tv), and officially
launched in time for the MLB Opening Series in Japan on March 25th.  This
year's Opening Series featured the defending World Champion Boston Red Sox
taking on the Oakland Athletics in Japan's Tokyo Dome on March 25th and
26th.

     BroadWebAsia's MLB-focused China site will be in the simplified Chinese
Language, offering Chinese fans video highlights, scores, feature articles,
photos, up-to-date and historical statistics and a number of live baseball
games streamed directly to China via the Major.tv/China website.  Leveraging
the popularity of Asian players such as Chien-Ming Wang, Ichiro Suzuki,
Chin-Lung Hu, Hong-Chi Kuo, Chan Ho Park and Daisuke Matsuzaka, the site
will promote baseball to the large Chinese audience.  In addition to having
all of the content needed for baseball fans to follow the game,
http://www.major.tv/china will have online chats and other fan forums, a
special section teaching the China fan base the playing rules of baseball
as well as promoting and selling Major League Baseball branded merchandise
online.

     "We are excited about our partnership with MLB Advanced Media," said
Brad Greenspan, Chairman of BroadWebAsia.  "BroadWebAsia's cooperation with
MLBAM brings together in China two of the leading providers of rich media
entertainment, video streaming and next generation internet content.  We
hope to use the large user base of the BroadWebAsia network in China to
widen the appeal of baseball in this exciting market and to create
significant new revenue opportunities for BroadWebAsia and MLBAM.

     "This partnership with BroadWebAsia provides a very important Chinese
language footprint for the game in China's digital space," said Alex
Pigeon, Vice President of International, MLB Advanced Media.  "The fans in
China will now have the ability to follow their favorite teams and players
-- from Opening Day to the World Series to the World Baseball Classic -- on
a technologically innovative platform and most importantly in their own
language."

     Peter Schloss, Chief Executive Officer of BroadWebAsia, said, "The
overwhelming success of the two exhibition games recently played in Beijing
demonstrates the appeal of baseball in China.  The launch of our MLB-focused
website in China will make the game more accessible, not only to
multi-national and Chinese advertisers, but also to the increasing number
of Chinese baseball fans at the grassroots level."

     About MLB Advanced Media LP
```

## Featured Video



$recommendationObj.title

## Journalists and Bloggers



Visit **PR Newswire for Journalists** for releases, photos, ProfNet experts, and customized feeds just for Media.

View and download archived video content distributed by MultiVu on **The Digital Center**.

```
    Established in June 2000 following a unanimous vote by the 30 Major
League Baseball club owners to centralize all of Baseball's Internet
operations, MLB Advanced Media LP (MLBAM) is the interactive media and
Internet company of Major League Baseball. MLBAM manages the official
league site, http://www.mlb.com, and each of the 30 individual Club sites
to create the most comprehensive Major League Baseball resource on the
Internet. MLB.com offers fans the most complete baseball information on the
Web, including up-to-date statistics, game summaries, extensive historical
information, and exclusive features about Major League Baseball events and
programs, including online ticket sales, baseball merchandise,
authenticated memorabilia and collectibles, fantasy games, live and
archived radio broadcasts of every game, live and archived video webcasts
of entire games, pitch-by-pitch enactment of games, and hosted post-game
video highlight shows. MLB.com offers more live events on the Internet than
any other website in the world.

    About BroadWebAsia Inc.

    Established in 2005, BroadWebAsia, Inc. (OTC: BWBA) is a fast growing
and diversified Internet company focused on Chinese online communities and
digital advertising. The company was started and is backed by Internet
entrepreneur and MySpace founder Brad Greenspan. The BroadWebAsia network
is comprised of Hupo TV (http://www.hupo.tv), Mofile
(http://www.mofile.com), TYCYGames (http://www.tycygames.com), 9e3.com
(http://www.9e3.com), BBMAO (http://www.bbmao.com), and ETE
(http://www.ete.cn). By acquiring controlling interests in 6 fast growing
and well managed Chinese websites, BroadWebAsia has built a powerful,
synergistic network encompassing video entertainment, social networking,
and community search websites supported by a top online ad sales and
serving company in China. BroadWebAsia's highly scalable network strategy
allows for efficient cross marketing, cross advertising and cross audience
promotion opportunities. The BroadWebAsia Network reaches over 70 million
monthly unique visitors, generating over 500 million monthly page views.

    About Hupo TV

    Hupo TV (http://www.hupo.tv) is a subsidiary of BroadWebAsia and is
based in Shanghai, China. It operates the online video sharing site,
http://www.hupo.tv , which is a leading provider of proprietary video
content to Chinese Internet Users. As of March 2008, Hupo TV had more than
100 million monthly video views.

    Cautionary Note Regarding Forward-Looking Statements

    This press release includes "forward-looking statements" within the
meaning of the United States Private Securities Litigation Reform Act of
1995, and includes statements relating to the ability of BroadWebAsia, such
as the ability improve efficiencies, improve customer service, drive cost
savings and competitive advantage. These statements are based on current
expectations and are subject to risks and uncertainties and changes in
circumstances. There are important factors that could cause actual results
to differ materially from those anticipated in the forward looking
statements including, among others: the conditions of market, the continued
ability to develop solutions, demand for and market acceptance of new and
existing services, development of new functionalities which would allow
companies to compete more effectively.


    BroadWebAsia Contacts                  MLB Advanced Media Contact
    Financial Relations Board:             At the company:
    Melanie Nimrodi      Stacy Feit        Matthew Gould
    Media Inquiries      Investor Inquiries (212) 485-8959
    (312) 546-3508       (312) 640-6779
    mnimrodi@frbir.com   sfeit@frbir.com   matthew.gould@mlb.com


SOURCE BroadWebAsia Inc.
```



Next in Computer Electronics News

**Custom Packages**

Browse our custom packages or build your own to meet your unique communications needs.

**PR Newswire Membership**

Fill out a PR Newswire membership form or contact us at (888) 776-0942.

**Learn about PR Newswire services**

Request more information about PR Newswire products and services or call us at (888) 776-0942.

EXHIBIT E

ZDNet     Q     MENU     👤     US

📄 **MUST READ:** Sonos is sorry now, but IoT will betray you again

# Biggest hacking fraud ever

Every e-commerce site's nightmare as hacker gets nasty with credit card details



 By **Will Knight** | January 12, 2000 -- 10:19 GMT (02:19 PST) | Topic: **Government : UK**

A malevolent computer hacker claims to have pulled off the greatest information technology heist in history after temporarily posting credit-card numbers stolen from a large US e-commerce firm.

American online CD-retailer CD Universe, admitted that "a portion of its customer data" had been stolen and that an attempt had been made to blackmail the firm over the return of the information.

eUniverse -- parent of CD Universe -- admitted it was contacted by a malicious hacker last week who claimed to have stolen thousands of credit card numbers. The hacker demanded thousands of dollars not to go public according to eUniverse. After calling the blackmailer's bluff, eUniverse discovered hundreds of card numbers had been posted to an anonymous Web site.

According to some reports, these numbers were used to make fraudulent transactions over $1000.

A press release from eUniverse states: "The company learned on Saturday January 7, 2000 that customer data was posted on the Internet and immediately notified the FBI which caused the site to be shut down the same day."

The hacker, Maxus, reportedly put his exploits down to the credit-card software protecting the CD

cdUniverse on its Web site. Therefore the credit card information cited in recent coverage could not have come from ICVerfiy."

Richard Tyson-Davis of the Association of Credit Payment Services confirmed that British consumers at least are protected from this sort of occurrence. He says, "The consumer credit act of 1974 says that people have to pay £50, but in practise the banks don't ask for this." Tyson-Davis says that the new breed of Internet banks who offer special protection from Internet fraud, "don't have anything that anyone else doesn't have."

According to Tyson-Davis, when fraud has been committed without the presence of a card itself, is retailers and not banks who will be put out of pocket by this type of fraud. He adds, "It's the poor old retailer that stands to loose most in this sort of situation. 10% of all credit-card fraud in 1998 was carried out when the card was not present, and retailers picked up the bill for all of this."

Chairman of eUniverse Brad Greenspan has also issued a statement explaining why his company decided not to pay the hacker's ransom demands: "Refusing to bow to this new breed of cyber-criminals, we have taken a stand against a new form of online blackmail on behalf of all legitimate e-commerce retailers. We take great pains to safeguard the privacy of our customers' information and will take all necessary action to limit any loss or inconvenience to customers which may occur as a result of this unusual occurrence."

The hunt is now on for the computer hacker behind this extraordinary heist.

**Take me to** Hackers (http://www.zdnet.co.uk/news/specials/1999/07/hackers/)

**What do you think? Tell the** Mailroom (mailto:mailroomuk@zdnet.com) . **And** read (http://www.zdnet.co.uk/news/mailroom.html) **what others have said.**

**RELATED TOPICS:** | UNITED KINGDOM | EU | SECURITY | INNOVATION | CXO



Universe Web site, ICVerify, created by US-based CyberCash.

Computer security expert David Litchfield of security firm Cerberus believes this may well be more than a wild boast. "It is extremely likely," Litchfield told ZDNet. "The trouble with software companies these days is that getting stuff out quickly is all important and so security suffers. He posted credit card numbers and the company seems to have admitted that he got hold of them some how. He could only have exploited a hole somewhere."



(https://adclick.g.doubleclick.net/pcs/click%253Fxai%253DAKAOjsu2SYvBn1vifg6J3eQzJ08AnjeedV9u-45hzpe9k7AgflQNHVlmSrI0uwHTgsHj0vCC65iXK3a798k-jSsmmM6MeTNNLSjWqyQQITKtlmyEAUZ5UYCNIoJgXXbLnwkkJjxJYQuyJxBkbd9OYDHy1pLNs9vUSP8M46hpj_WMqgsCv8CJ_jSRWJKST4rzZww2GEBOIQ2p9FfNToiG-oD8REungL_EfvDug--JwnKnT6FBqHvA2ygyQfonwfyar8iK9Os%2526sai%253DAMfl-YQ9yz0QaLoc5_BM6b3XuqlVdSA-rcgAANHulcvU7khhleUZfDB74wMVIpEgno_h9ux7oesMoymGqeKOkgPNjJ3J0X8lrc9s_CSVno9Hv_foQzO_lv-0X4RcbUQTynw%2526sig%253DCg0ArKJSzPjdgjKrb0jHEAE%2526urlfix%253D1%2526adurl%253Dhttps://cbslnk.cbsileads... edition=en&ursuid=&devicetype=desktop&pagetype=&assettitle=&assettype=&topicguid=&viewguid=8c15c060-86ed-4e58-9cb9-06b440d4d63a&docid=252936&promo=1065&ftag_cd=TRE-00-10aaa4f&spotname=dfp-in-article&destUrl=https%253A%252F%252Fwww.techrepublic.com%252Fresource-library%252Fwhitepapers%252Ftechrepublic-s-power-checklist-disaster-recovery-plan%252F%253Fpromo%253D1065%2526ftag%253DTRE-00-10aaa4f%2526cval%253Ddfp-in-article%2526source%253Dzdnet&ctag=medc-dfp-in-article&siteId=&rsid=cnetzdnetglobalsite&sl=&sc=us&assetguid=&q=&cval=252936;1065&ttag=&bhid=)

**TechRepublic's Power Checklist: Disaster Recovery Plan** (https://adclick.g.doubleclick.net/pcs/click%253Fxai%253DAKAOjsu2SYvBn1vifg6J3...) ...
Development of a disaster recovery plan is a must. Although there may never ... ...

Tools & Templates (https://www.techrepublic.com/resource-library/content-type/tools&templates/) provided by TechRepublic Premium (https://www.techrepublic.com/resource-library/company/techrepublic-premium/)

In a statement, however, CyberCash denied that its software could have been compromised. "ICVerify is a PC-based payment system, not a web-enabled product and is not being used by