**EXHIBIT 4**

https://www.cnbc.com/video/2020/09/14/treasury-

 **CNBC Excerpts: Treasury Secretary Steven Mnuchin Speaks…** SHARE

bid-for-tiktoks-u-s-assets.html,

https://www.cnbc.com/video/2020/09/14/treasury-secretary-mnuchin-now-is-not-the-time-to-worry-about-shrinking-the-deficit.html and https://www.cnbc.com/video/2020/09/14/treasury-secretary-steven-mnuchin-on-talks-for-more-coronavirus-stimulus.html.

All references must be sourced to CNBC.

## MNUCHIN ON TIKTOK

WE DID GET A PROPOSAL OVER THE WEEKEND THAT INCLUDES ORACLE AS THE TRUSTED TECHNOLOGY PARTNER WITH ORACLE MAKING MANY REPRESENTATIONS FOR NATIONAL SECURITY ISSUES. THERE IS ALSO A COMMITMENT TO MAKE TIKTOK GLOBAL AS A U.S. HEADQUARTERED COMPANY WITH 20,000 NEW JOBS. I'M NOT GOING TO GO INTO THE ENTIRE PROPOSAL. WE WILL BE REVIEWING THAT AT THE COMMITTEE THIS WEEK AND THEN WE'LL BE MAKING A RECOMMENDATION TO THE PRESIDENT AND REVIEWING IT WITH HIM.

## MNUCHIN ON THE ECONOMY

**TRENDING NOW**


1 The supplement Dr. Fauci takes to help keep his immune system healthy

PepsiCo to launch drink to aid sleep as consumers struggle with stress
2


3 Coronavirus cases are growing in 11 U.S. states as Fauci warns of 'disturbing' data


4 Will 2 flu shots this year boost immunity? When is the best time to get it? Here's what doctors say