**EXHIBIT 6**

---------- Original Message ----------
From: Brad Greenspan <bgreenspan@tiktokglobalnetwork.com>
To: "safra.catz@oracle.com" <safra.catz@oracle.com>
Cc: "larry.ellison@oracle.com" <larry.ellison@oracle.com>
Date: 09/15/2020 8:03 PM
Subject: TikTok Global & Oracle = Optimized Outcome Under E.O.


Hello Ms. Catz,

I was the Founder of Myspace and Chairman/CEO of its publicly traded Parent company, eUniverse, Inc.
-see CNBC Maria Bartiromo video interview for quick color/background at www.mypalisadescapital.com/about

Today I am contacting you as the CEO of TikTok Global Network Inc. ('TGN') a company that has timely submitted the information and materials to get CFIUS approval of a "proposed sale" under the President's August 14, 2020 E.O. that "effectuates" (see pages 4-7 of attached which is a portion of the asset acquisition agreement for your evaluation) the ordered "divestment". (see Sep 9, 2020 CFIUS & Sep 14, 2020 submission, pg. 1 & 10 of attached pdf)

It would be great to work with Oracle accomplishing the same goal the President's two related executive orders seek to facilitate. Further, I think that in the long run, Oracle and the United States would be better served partnering with an experienced operator of business to consumer social media assets who is a U.S. Citizen and under a structure that truly divests the assets per the President's E.O.

TGN would certainly be willing to commit to exclusively use Oracle security, cloud and data storage services (as far as outside service providers or partners for those types of products). TGN would also guarantee the same rates/consideration that Oracle has been offered to get the benefit of from ByteDance.
(also I plan to contribute two additional video and livestreaming technology companies with large audiences  I control concurrently with the acquisition of TikTok U.S. assets, so there would be even more exciting growth prospects for all involved parties! :) )

(1) Can you confirm Oracle is willing to provide the same services on same pricing its agreed to provide to ByteDance for satisfying CFIUS* if TGN is successful getting Sec(d)(ii)**approval? ( under CFIUS review since September 14, 2020)

(2) In addition to strictly the aforementioned service provider role, TGN would welcome Oracle's joining and participating as part of the TGN investor group for any amount up to $10,000,000,000 cash?
(But investment by Oracle would not be required to participate in the security/data safety/storage capacity Described in part (1)

(3) Please also consider an additional way to work together which would be for Oracle to inform ByteDance it will only be willing to provide its services for the TikTok U.S. assets (as defined by the Aug 6/14 E.O.s) thru a U.S. company they have been transferred or sold to as part of a "divestment", including thru the structure Oracle has now become aware that TGN is/has offered to ByteDance.

   (Unfortunately, the last second effort by ByteDance to offer up a non "divestment" solution involving Oracle as part of its involved parties may or could distract, slow, or prevent ByteDance from fully and fairly considering the aforementioned Sep 14, 2020 Asset Purchase Agreement (which Oracle is now aware of). Based on this new information, please consider that Oracle under the non "divestment" proposal to CFIUS may be unwittingly being used by ByteDance or its affiliates like Sequoia China to contravene Aug 14 E.O. section 2(f) which states (f) Any transaction or other device entered into or employed for the purpose of, or with the effect of, evading or circumventing this order is prohibited. Or Aug 6 E.O Sec 2(a),(b) Sec. 2. (a) Any transaction by a United States person or within the United States that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate the prohibition set forth in this order is prohibited. (b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Thanks for your thoughts by email, or please let me know if you have a few minutes to jump on a brief call to discuss further.

Best Regards
Brad Greenspan
CEO
TikTok Global Network Inc
244 Fifth Avenue
Suite #g290
New York, NY 10001

*(as mentioned Monday by U.S. Secretary Treasury https://www.cnbc.com/2020/09/14/cnbc-excerpts-treasury-secretary-steven-mnuchin-speaks-with-cnbcs-squawk-box-today.html )
***Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:  (i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and  (ii) unless 10 business days have passed from the notification in section 2(d)(i) and CFIUS has not issued an objection to ByteDance.