**EXHIBIT 7**

ATTN:           Senator Hawley
FROM:           TIKTOK GLOBAL NETWORK INC
SUBJECT:        PLS HELP CFIUS DISCLOSE TO PUBLIC SUPPRESSED TIKTOK FULL "DIVESTMENT" OFFER
PAGES:          23

Hello, I am one of the financial advisors to the bidder described further below and I do not have permission to disclose the matter I touch on below, but I felt it was important to at least get fact out to Senator Hawley that CFIUS is sitting on a bona fide "divesting" solution TT deal from a U.S. company as of Monday AM which has no ties to China (see page 22/last page of fax)

(note: identity is redacted in documents you can review   as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day  Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly announcing the bid, and successful completion of Review of "proposed sale" agreement under Sec 2d(ii).

Summary of material presented and facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S. Govt/CFIUS


-ByteDance and U.S. Govt CFIUS division began review to approve new bidder on 09/09/2020 thru 2:29 PM thru email received:

Subject: Sec. 2.(d)(i) notification*
(see page 19 of attached pdf)

Bidder's  09/14/2020 5:07 AM email   Subject: Review of "proposed sale" agreement under Sec 2d(ii)
(See page 1)

*Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:  (i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and  (ii) unless 10 business days have passed from the notification in section 2(d)(i) and CFIUS has not issued an objection to ByteDance.

Conclusion:
 ByteDance and U.S. Government CFIUS agency reviewing $33.3 billion dollar sale offer which is only legally compliant (see above Sec 2(d)(ii) ) solution available (actual agreement received executable ie signed by BUYER) for ByteDance to comply (ie: ByteDance can execute an actual agreement in its possession which satisfies President Trump's demand to reach a deal for "divestment" under the Executive Orders)  with the August 6, 2020 and August 14, 2020 E.O. orders before September 20, 2020 deadline.

Senator Hawley may want to consider posing further questions to CFIUS including:

Under August 10, 2020 E.O, is the Oracle cloud deal    prohibited under  2(f) which states

(f) Any transaction or other device entered into or employed for the purpose of, or with the effect of, evading or circumventing this order is prohibited.

And would it be reasonable for Senator Hawley to seek referral thru Sec 2(i) to the U.S. Atty General to determine if the Oracle attempted non-divestment "transaction" is obstructing the President's E.O. from being carried out including blocking or allowing ByteDance to avoid signing the asset sale agreement in its possession which would consummate  "divestment" as ordered by the President.

(i) The Attorney General is authorized to take any steps necessary to enforce this order.

And further for the AG to review if  ByteDance, Oracle or its Chinese shareholders including Sequoia China are actively violating violating 2(b) thru Sequoia's Managing Partner Mr. Leone who's brother is Mr. Leone, Senior VP Cloud division of Oracle,

Sec. 2. (a) Any transaction by a United States person or within the United States that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate the prohibition set forth in this order is prohibited.
(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Regards

Nick James
New York, NY

---------- Original Message ----------
From: Senator Rick Scott <receipt@rickscott.senate.gov>
To: bgreenspan@tiktokglobalnetwork.com
Date: 09/17/2020 11:07 AM
Subject: Re: CFIUS/TikTok New National Security Solution

Senator Rick Scott is proud to represent every citizen of Florida. Thank you for contacting Senator Rick Scott's office. This email serves as confirmation that we have received your online submission.

Please do not reply to this email. In order to contact our office again, please return to our website.

TikTok Global Network Inc

September 17, 2020

ATTN:   U.S. Senator Marco Rubio      U.S. Senator Marsha Blackburn      U.S. Senator Ted Cruz
           U.S. Senator Rick Scott        U.S. Senator Roger Wicker         U.S. Senator Dan Sullivan
           U.S. Senator John Cornyn     U.S. Senator Josh Hawley

**Subject:**   E.O. on Addressing the Threat Posed by TikTok (August 6, 2020)('EO1')
                E.O. Regarding the Acquisition of Musical.ly by ByteDance Ltd (August 14, 2020) ('EO2')

Dear Senators,

I am contacting you to ensure your awareness of the existence of a TikTok U.S. app buyout offer delivered to ByteDance and CFIUS at 5:22am on Monday September 14th[1] and subject to CFIUS approval provides not only a viable alternative to the Oracle non-buyout transaction, but a solution complying with both the letter and spirit of EO2.

<u>TikTok Global Network Inc (TGN) is a U.S. incorporated company, 100% controlled by U.S. stockholders,</u> operated by the Founder of Myspace[2] (an American born CEO who has 20 years of experience operating public and private technology companies) setup for the purposes of effecting the President's EO2 mandate thru a $33.3 billion dollar asset purchase agreement.[3]

I seek your urgent support <u>**requesting CFIUS review of TGN's transaction be completed at the same time as Oracle's,**</u> so the President will have the best information available to him when he makes critical decisions in the near future impacting the national security of the United States.

Further highlights of the TGN transaction and why it deserves your support include the fact that:

1. <u>The transaction satisfies the August 14, 2020 Executive Order primary goal of "divestment"</u> and further is a transaction "to acquire any tangible or intangible assets or property, wherever located, used to enable or support ByteDance's operation of the TikTok application in the United States".
2. <u>TGN's offer allows ByteDance to comply with the September 20, 2020 E.O deadline</u> because we have delivered a fully executable Asset Purchase Agreement

---

[1] ByteDance and CFIUS began background review on buyer 09/09/2020 (thru materials provided by email; Subject: "Sec. 2.(d)(i) notification") and on 9/14/2020 received a copy of the executable asset purchase agreement fully detailing the transaction (thru an email Subject: "Review of "proposed sale" agreement under Sec 2d(ii)") (<u>see Exhibit A, pages 20 & 2 respectively)</u>

[2] See CNBC Maria Bartiromo video interview for further background/color at <u>www.mypalisadescapital.com/about</u> + detailed work experience and qualifying information provided to CFIUS (starting at page 15 of Exhibit A)

[3] The proposal includes $23 billion paid in cash, and the investor syndicate is comprised of public and private media and technology companies including done public SPAC. The transaction is structured such that cash is paid out over time and subject to certain milestones including for instance when CFIUS completes its "verification" process within 90 days of ByteDance filing its "certification" of divestment that it has complied with EO2. (<u>see Exhibit A, page 4)</u>

3. <u>TGN's transaction allows Oracle to participate in the same role</u> providing all of the same protections and benefits ByteDance claims will be provided in the non-buyout. Further, on September 15th we contacted Oracle's CEO with such an explicit offer.[4]

4. <u>TGN's deal provides for a true "divestment" of ownership,</u> so that China and/or Chinese shareholders do not own 50% or greater of company holding TikTok U.S. assets post-closing.[5]

5. <u>TGN's offer does not need approval from China</u> because we agree to create a new algorithim that will be created between the date of executing the Asset Purchase agreement and the date the Executive Order requires divestment to be completed which is November 10, 2020.

6. <u>TGN's offer accomplishes a cash benefit/payment to U.S. sought by President</u> because as a result of our offer to acquire 100% of TikTok Inc. and TikTok LLC which are both U.S. entities for $33.3 billion of which $23 billion is cash, ByteDance will generate a significant gain which will generate a substantial tax windfall for the United States.

7. <u>TGN's company has none of the conflicting relationships</u> (as certified to CFIUS on September 9, 2020) that plague the Oracle transaction and concept acting as a 3rd party gatekeeper. For instance, Oracle's Sr. Vice President is Chris Leone[6] brother of major ByteDance holder Mike Leone of Sequoia Capital.

8. <u>TGN as new owner of TikTok U.S. app will create more new American jobs vs. ByteDance</u> as majority owner of an effective TikTok U.S. subsidiary. The TGN jobs created will also be for more senior positions that are higher salary and hiring will be at a faster rate.

Best Regards

Brad Greenspan, President/CEO
TikTok Global Network Inc
244 Fifth Avenue, Suite #g290
New York, NY 10001.    Email bgreenspan@tiktokglobalnetwork.com

---

[4] See September 15, 2020 email to CEO Ms. Safra Catz that cc's Chairman and CTO Mr. Larry Ellison (Exhibit B)

[5] It should be noted the proposal the U.S. Treasury Secretary described Monday on CNBC including the China parent creating a new majority owned U.S. based company to hold and operate the U.S. TikTok app called "TikTok Global" would be new in name only as such a strategy was already deployed with ByteDance's creation of "TikTok Inc." a U.S. entity in existence since 2019. Further, CFIUS already considered and rejected this as insufficient to mitigate the national security and other issued identified in the President's two Executive Orders. https://www.cnbc.com/2020/09/14/cnbc- excerpts-treasury-secretary-steven-mnuchin-speaks-with-cnbcs-squawk-box-today.html

[6] Chris Leone Senior Vice President and GM, Oracle Human Capital Management (HCM) Cloud. https://craft.co/oracle/executives