**EXHIBIT 8**

How TikTok is supporting our community through COVID-19

# TikTok

News
Product
Community
Safety
Company

United States

# An update for our TikTok family