**EXHIBIT 10**

September 27, 2020

Mr. Erich Andersen
Chief Legal Officer
TikTok Inc.

Cc:     John E. Hall
        Megan Keegan
Globalmedia@bytedance.com
ir@bytedance.com

Attn: Please forward a copy of this letter to ByteDance LTD CEO Mr. Yiming Zhang.

Dear Mr. Andersen,

After TikTok Global Network's (TGN) $33.3 billion dollar offer to acquire Tiktok U.S. assets from ByteDance LTD (BD), delivered by email at 2:06am est on September 14, 2020 , we were surprised to learn that BD later that day put out a statement agreeing to sell 100% of the non-China TikTok operations and assets.

TGN seeks your urgent full consideration and that of TikTok Inc. owner BD to agree to effectuate the August 14, 2020 E.O. by selecting one of the ready to be consummated Asset Purchase Agreements TGN is offering herein for either $33.3 billion dollar (U.S. assets less China) or $58.0 billion dollars (Global assets less China).



The opportunity here for BD is to use the fortuitous timely executable agreement to possibly nip in the bud having the Judge rule on the facts, but certainly take the actions necessary during the day to work with the DOJ and CFIUS to stop the ban from going in effect at midnite thru gaining their recognition and acceptance of the fact BD has effective immediately on entering into one of the TGN Asset Purchase Agreements, done everything needed with the next deadline being providing a certification of divestment on November 12, 2020.

1. Buyer & Agreement structure have already been reviewed by CFIUS without objections.[1]

2. Offers are full definitive buyer executed agreements, becoming bona fide binding agreements subject only to BD counter signing.

---

[1] CFIUS was notified of the potential buyer (as defined in August 14, 2020 E.O.) on September 9, 2020 in writing,  previously reviewed the structure of the offers made today on September 14th, and did not assert any .Sec 2.(d)(ii) objections to either in the 10 business days following each. (see Exhibit 5.2 of each attached agreement)