**EXHIBIT 11**

