**EXHIBIT 12**

To: nick.james@nym.hush.com, casey@theverge.com, zoe@theverge.com

I got the ok to provide a pdf version of the agreement
so it can be included(pasted. pdf) as part of an article


On 9/15/2020 at 4:18 AM, nick.james@nym.hush.com wrote:
>
>Hello, I am one of the financial advisors to the bidder described
>further below and I do not have permission to disclose the matter
>I touch on below, but I felt it was important to at least give
>reporters covering the story a heads up so they can properly cover
>(without putting their foot in their mouth :) ) by at least
>getting their arms around the somewhat arcane and confusing CFIUS
>regulated process that is ongoing in regards to ByteDance and the
>interested buyers in the U.S.:
>
>
>(whose identity is redacted in documents you can review thru the
>link, https://docsend.com/view/y465zuquvga64gnm
>as the bidder not wanting to step on toes of CFIUS is waiting for
>end of statutory 10 day Sec. 2.(d)(i) notification notice period
>(ending on Friday or Monday) before publicly announcing the bid,
>and successful completion of Review of "proposed sale" agreement
>under Sec 2d(ii).
>
>
>Summary of material presented and facts:
>
>The $33.3 billion dollar TikTok "proposed sale" agreement under
>review by ByteDance & U.S. Govt/CFIUS
>
>
>-ByteDance and U.S. Govt CFIUS division began review to approve
>new bidder on 09/09/2020 thru 2:29 PM thru email received:
>
>Subject: Sec. 2.(d)(i) notification*
>(see page 19 of attached pdf)
>
>Bidder's 09/14/2020 5:07 AM email   Subject: Review of "proposed
>sale" agreement under Sec 2d(ii)
>(See page 1)
>

>
>*Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale
>or transfer under section 2(b) to any third party:  (i) until
>ByteDance notifies CFIUS in writing of the intended recipient or
>buyer; and  (ii) unless 10 business days have passed from the
>notification in section 2(d)(i) and CFIUS has not issued an
>objection to ByteDance.
>
>Conclusion:
> ByteDance and U.S. Government CFIUS agency reviewing $33.3
>billion dollar sale offer which is only legally compliant (see
>above Sec 2(d)(ii) ) solution available (actual agreement received
>executable ie signed by BUYER) for ByteDance to comply (ie:
>ByteDance can execute an actual agreement in its possession which
>satisfies President Trump's demand to reach a deal for
>"divestment" under the Executive Orders) with the August 6, 2020
>and August 14, 2020 E.O. orders before September 20, 2020 deadline.
>
>I won't be able to answer any
>questions most likely until my client
>puts out the public announcement later in week
>or early next week.
>
>Regards
>
>Nick James
>New York, NY




----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:23 AM
Subject: tip- CFIUS secret review of a $33.3 billion executable TikTok "proposed sale"
To: pmozur@nytimes.com

tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S.
Govt/CFIUS (
-u are one of first journalists this sent to as we think ur articles superb!

Hello, I am one of the financial advisors to the bidder described further below and I do not have
permission to disclose the matter I touch on below, but I felt it was important to at least give
reporters covering the story a heads up so they can properly cover in regards to ByteDance and the
potential buyers in the U.S.:

(whose identity is redacted in documents you can review thru the link:
https://docsend.com/view/wu3daiqdiyjse34w
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day Sec. 2.(d)(i)
notification notice period (ending on Friday or Monday) before publicly announcing the bid, and
successful completion of Review of "proposed sale" agreement under Sec 2d(ii).


Summary of material presented and facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S.
Govt/CFIUS


-ByteDance and U.S. Govt CFIUS division began review to approve
new bidder on 09/09/2020 thru 2:29 PM thru email received:

Subject: Sec. 2.(d)(i) notification*
(see page 19 of attached pdf)

Bidder's 09/14/2020 5:07 AM email
 Subject: Review of "proposed sale" agreement under Sec 2d(ii)
(See page 1)


*Sec. 2. Actions Ordered
(d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:
(i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and
(ii) unless 10 business days have passed from the notification in section 2(d)(i) and CFIUS has not
issued an objection to ByteDance.

Conclusion:
ByteDance and U.S. Government CFIUS agency reviewing $33.3 billion dollar sale offer which is
only legally compliant (see above Sec 2(d)(ii) ) solution available (actual agreement received
executable ie signed by BUYER) for ByteDance to comply (ie: ByteDance can execute an actual
agreement in its possession which satisfies President Trump's demand to reach a deal for
"divestment" under the Executive Orders) with the August 6, 2020 and August 14, 2020 E.O. orders
before September 20, 2020 deadline.


I won't be able to answer any
questions most likely until my client
puts out the public announcement later in week
or early next week.


----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:26 AM
Subject: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance &
U.S.CFIUS
To: ana.swanson@nytimes.com

            tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance &
            U.S.                                    Govt/CFIUS                                    (

-u  are  one  of  first  journalists  this  sent  to  as  we  think  ur  articles  superb!

Hello, I am one of the financial advisors to the bidder described further below and I do not have permission to disclose the matter I touch on below, but I felt it was important to at least give reporters covering the story a heads up so they can properly cover in regards to ByteDance          and          the          potential          buyers          in          the          U.S.:

(whose    identity    is    redacted    in    documents    you    can    review    thru    the link:https://docsend.com/view/yjnj5iy5cuidkrvf
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly announcing the bid, and successful completion of Review of "proposed sale" agreement under                                        Sec                                        2d(ii).

Summary          of          material          presented          and          facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S.                                                                Govt/CFIUS

-ByteDance    and    U.S.    Govt    CFIUS    division    began    review    to    approve new    bidder    on    09/09/2020    thru    2:29    PM    thru    email    received:

Subject:                          Sec.                          2.(d)(i)                          notification*
(see            page            19            of            attached            pdf)

Bidder's 09/14/2020 5:07 AM email   Subject: Review of "proposed sale" agreement under Sec                                                                                                    2d(ii)
(See                                        page                                        1)

*Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:  (i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and  (ii) unless 10 business days have passed from the notification in section 2(d)(i)    and    CFIUS    has    not    issued    an    objection    to    ByteDance.

Conclusion:
ByteDance and U.S. Government CFIUS agency reviewing $33.3 billion dollar sale offer which is only legally compliant (see above Sec 2(d)(ii) ) solution available (actual agreement received executable ie signed by BUYER) for ByteDance to comply (ie: ByteDance can execute an actual agreement in its possession which satisfies President Trump's demand to reach a deal for "divestment" under the Executive Orders) with the August 6, 2020 and August 14, 2020 E.O. orders before September 20, 2020 deadline.

I          won't          be          able          to          answer          any
questions          most          likely          until          my          client
puts          out          the          public          announcement          later          in          week
or                          early                          next                          week.

Regards

----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:28 AM
Subject: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance &
U.S.CFIUS
To: alice.hearing@dexerto.com

tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance &
U.S.                                             Govt/CFIUS                                             (
-u  are  one  of  first  journalists  this  sent  to  as  we  think  ur  articles  superb!

Hello, I am one of the financial advisors to the bidder described further below and I do not
have permission to disclose the matter I touch on below, but I felt it was important to at
least give reporters covering the story a heads up so they can properly cover in regards to
ByteDance          and          the          potential          buyers          in          the          U.S.:

(whose  identity  is  redacted  in  documents  you  can  review  thru  the  link:
https://docsend.com/view/wxdccek4d7btqvhv
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day
Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly
announcing the bid, and successful completion of Review of "proposed sale" agreement
under                                             Sec                                             2d(ii).

Summary          of          material          presented          and          facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance &
U.S.                                             Govt/CFIUS

-ByteDance  and  U.S.  Govt  CFIUS  division  began  review  to  approve
new    bidder    on    09/09/2020    thru    2:29    PM    thru    email    received:

Subject:                    Sec.                    2.(d)(i)                    notification*
(see          page          19          of          attached          pdf)

Bidder's 09/14/2020 5:07 AM email   Subject: Review of "proposed sale" agreement under

----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:33 AM
Subject: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance &
U.S.CFIUS
To: hannah.murphy@ft.com

tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S.
Govt/CFIUS (
-u are one of first journalists this sent to as we think ur articles superb!

----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:35 AM
Subject: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance &
U.S.CFIUS
To: dwhateley@businessinsider.com

tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance &
U.S.                                                                          Govt/CFIUS
-u are one of first journalists this sent to as we think ur articles are superb!

Hello, I am one of the financial advisors to the bidder described further below and I do not
have permission to disclose the matter I touch on below, but I felt it was important to at
least give reporters covering the story a heads up so they can properly cover in regards to
ByteDance        and        the        potential        buyers        in        the        U.S.:


(whose   identity   is   redacted   in   documents   you   can   review   thru   the   link:
https://docsend.com/view/f7cwmhpdwcbxcuyt
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day
Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly
announcing the bid, and successful completion of Review of "proposed sale" agreement
under                                              Sec                                        2d(ii).


Summary            of            material            presented            and            facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance &
U.S.                                                                          Govt/CFIUS


-ByteDance    and    U.S.    Govt    CFIUS    division    began    review    to    approve
new      bidder      on      09/09/2020      thru      2:29      PM      thru      email      received:

Subject:                      Sec.                      2.(d)(i)                      notification*
(see            page            19            of            attached            pdf)

Bidder's 09/14/2020 5:07 AM email   Subject: Review of "proposed sale" agreement under
Sec                                                                                        2d(ii)
(See                                         page                                         1)


*Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale or transfer under section
2(b) to any third party:  (i) until ByteDance notifies CFIUS in writing of the intended recipient
or buyer; and  (ii) unless 10 business days have passed from the notification in section
2(d)(i)    and    CFIUS    has    not    issued    an    objection    to    ByteDance.

Conclusion:
ByteDance and U.S. Government CFIUS agency reviewing $33.3 billion dollar sale offer
which is only legally compliant (see above Sec 2(d)(ii) ) solution available (actual
agreement received executable ie signed by BUYER) for ByteDance to comply (ie:
ByteDance can execute an actual agreement in its possession which satisfies President

Hello, I am one of the financial advisors to the bidder described further below and I do not have permission to disclose the matter I touch on below, but I felt it was important to at least give reporters covering the story a heads up so they can properly cover in regards to ByteDance and the potential buyers in the U.S.:

(whose identity is redacted in documents you can review thru the link: https://docsend.com/view/tq7mjtdeh4ihv7pn
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly announcing the bid, and successful completion of Review of "proposed sale" agreement under Sec 2d(ii).

Summary of material presented and facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S. Govt/CFIUS

-ByteDance and U.S. Govt CFIUS division began review to approve
new bidder on 09/09/2020 thru 2:29 PM thru email received:

Subject: Sec. 2.(d)(i) notification*
(see page 19 of attached pdf)

Bidder's 09/14/2020 5:07 AM email   Subject: Review of "proposed sale" agreement under Sec 2d(ii)
(See page 1)

*Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:  (i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and  (ii) unless 10 business days have passed from the notification in section 2(d)(i) and CFIUS has not issued an objection to ByteDance.

Conclusion:
ByteDance and U.S. Government CFIUS agency reviewing $33.3 billion dollar sale offer which is only legally compliant (see above Sec 2(d)(ii) ) solution available (actual agreement received executable ie signed by BUYER) for ByteDance to comply (ie: ByteDance can execute an actual agreement in its possession which satisfies President Trump's demand to reach a deal for "divestment" under the Executive Orders) with the August 6, 2020 and August 14, 2020 E.O. orders before September 20, 2020 deadline.

I won't be able to answer any
questions most likely until my client
puts out the public announcement later in week
or early next week.

Regards

Trump's demand to reach a deal for "divestment" under the Executive Orders) with the August 6, 2020 and August 14, 2020 E.O. orders before September 20, 2020 deadline.


Regards

Nick James



----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:35 AM
Subject: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance & U.S.CFIUS
To: liza.lin@wsj.com

tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S. Govt/CFIUS
-u are one of first journalists this sent to as we think ur articles are superb!

Hello, I am one of the financial advisors to the bidder described further below and I do not have permission to disclose the matter I touch on below, but I felt it was important to at least give reporters covering the story a heads up so they can properly cover in regards to ByteDance and the potential buyers in the U.S.:


(whose identity is redacted in documents you can review thru the link:
https://docsend.com/view/nqpthbdudewdvxz4
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly announcing the bid, and successful completion of Review of "proposed sale" agreement under Sec 2d(ii).


Summary of material presented and facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S. Govt/CFIUS


-ByteDance and U.S. Govt CFIUS division began review to approve
new bidder on 09/09/2020 thru 2:29 PM thru email received:

Subject: Sec. 2.(d)(i) notification*
(see page 19 of attached pdf)

Bidder's 09/14/2020 5:07 AM email   Subject: Review of "proposed sale" agreement under Sec 2d(ii)
(See page 1)


*Sec. 2. Actions Ordered  (d) ByteDance shall not complete a sale or transfer under section 2(b) to any third party:  (i) until ByteDance notifies CFIUS in writing of the intended recipient or buyer; and (ii) unless 10 business days have passed from the notification in section 2(d)(i) and CFIUS has not

issued an objection to ByteDance.

Conclusion:
ByteDance and U.S. Government CFIUS agency reviewing $33.3 billion dollar sale offer which is only legally compliant (see above Sec 2(d)(ii) ) solution available (actual agreement received executable ie signed by BUYER) for ByteDance to comply (ie: ByteDance can execute an actual agreement in its possession which satisfies President Trump's demand to reach a deal for "divestment" under the Executive Orders) with the August 6, 2020 and August 14, 2020 E.O. orders before September 20, 2020 deadline.


Regards




----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/15/2020 at 6:38 AM
Subject: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance & U.S.CFIUS
To: brian.fung@cnn.com

tip --$33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S.                                                         Govt/CFIUS
-u are one of first journalists this sent to as we think ur articles are superb!

Hello, I am one of the financial advisors to the bidder described further below and I do not have permission to disclose the matter I touch on below, but I felt it was important to at least give reporters covering the story a heads up so they can properly cover in regards to ByteDance         and         the         potential         buyers         in         the         U.S.:


(whose   identity   is   redacted   in   documents   you   can   review   thru   the   link: https://docsend.com/view/eahzypuqgxdpzx8c
as the bidder not wanting to step on toes of CFIUS is waiting for end of statutory 10 day Sec. 2.(d)(i) notification notice period (ending on Friday or Monday) before publicly announcing the bid, and successful completion of Review of "proposed sale" agreement under                                                 Sec                                                 2d(ii).

Summary         of         material         presented         and         facts:

The $33.3 billion dollar TikTok "proposed sale" agreement under review by ByteDance & U.S.                                                         Govt/CFIUS


-ByteDance   and   U.S.   Govt   CFIUS   division   began   review   to   approve new   bidder   on   09/09/2020   thru   2:29   PM   thru   email   received:

Subject: Sec. 2.(d)(i) notification*

>>>> >>
>>>> >>> u are first shared with...I think can hold off to give u
>>>> >exclusive..
>>>> >>> how long do u need?
>>>> >>>
>>>> >>> On 9/17/2020 at 11:31 AM, "Ana Swanson"
>>>> ><ana.swanson@nytimes.com> wrote:
>>>> >>> >
>>>> >>> >Thanks, Nick. Have you shared with other media? If you
>can
>>hold
>>>> >>> >off a bit,
>>>> >>> >I'd love to have the exclusive on this! Talking with my
>>editors
>>>> >>> >right now.
>>>> >>> >
>>>> >>> >On Thu, Sep 17, 2020 at 11:22 AM <nick.james@nym.hush.com>
>>>> >wrote:
>>>> >>> >
>>>> >>> >> Hi-
>>>> >>> >>
>>>> >>> >> Please see Letter just delivered (via fax and/or email)
>>from
>>>> >>> >TikTok Global
>>>> >>> >> to: U.S. Senator Marco Rubio
>>>> >>> >> U.S. Senator Rick Scott U.S. Senator John Cornyn
>>>> >>> >> U.S. Senator Marsha Blackburn U.S. Senator Ted Cruz
>>>> >>> >> U.S. Senator Roger Wicker U.S. Senator Dan Sullivan U.S.
>>>> >Senator
>>>> >>> >Josh
>>>> >>> >> Hawley
>>>> >>> >>
>>>> >>> >> Subject :support requesting CFIUS review of TGN's
>>>> >transaction be
>>>> >>> >completed
>>>> >>> >> at the same time as Oracle's, so the President will
>have
>>the
>>>> >best
>>>> >>> >> information available to him when he makes critical
>>>> >>> >decisions in
>>>> >>> >the near
>>>> >>> >> future impacting the national security of the United
>>States.
>>>> >>> >> see thru link.here:
>>>> >>> >> https://docsend.com/view/x5bcp4waix4i332h
>>>> >>> >>
>>>> >>> >> Also attached is approved photo
>>>> >>> >> for usage in article of CEO TikTok Global
>>>> >>> >> and CNBC Maria Bartiromo video interview for further
>>>> >>> >color/verification re
>>>> >>> >> background
>>>> >>> >> www.mypalisadescapital.com/about

----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/17/2020 at 7:55 PM
Subject: Re: Re:key doc Sep 14 letter to ByteDance CEO w/proprietary TikTok Global strategy/structure
To: "Nick Wadhams" <nwadhams@bloomberg.net>, nick.james@nym.hush.com

I just read one of your articles today. You guys are plugged in with TikTok. wouldn't your inquiring from them on if they are "considering it" be part of report or news Bloomberg reported on?


On 9/17/2020 at 6:13 PM, "Nick Wadhams (BLOOMBERG/ NEWSROOM:)" <nwadhams@bloomberg.net> wrote:
>
>Thanks. Where are you guys going to get the money for this? Is >Tiktok considering it?
>
>----- Original Message -----
>From: Nick James <nick.james@nym.hush.com>
>To: NICK WADHAMS
>At: 17-Sep-2020 18:04:54
>
>
>key doc Sep 14 letter to ByteDance CEO w/proprietary TikTok Global >strategy/structure
>https://docsend.com/view/myf7b3xtviuint8c
>
>On 9/17/2020 at 2:58 PM, nick.james@nym.hush.com wrote:
>>
>>sure...whats a good # to call u at? or >>do u have signal?
>>
>>On 9/17/2020 at 2:53 PM, "Nick Wadhams (BLOOMBERG/ NEWSROOM:)" >><nwadhams@bloomberg.net> wrote:
>>>
>>>Can you talk by phone?
>>>
>>>From: nick.james@nym.hush.com At: 09/17/20 13:28:29To: Nick >>>Wadhams (BLOOMBERG/ NEWSROOM: )
>>>Subject: tiktop/cfius story tip
>>>
>>>
>>>
>>>Hello, I am one of the financial advisors to bidder >>> described further below. I don't have permission to >>>put out a press release yet or have client do interviews >>>(as they want to not be seen contravening CFIUS >>>official review process under Sec 2d(ii) ) but I felt it was >>>important to at >>>least give reporters covering the story sufficient information so >>>they could report on this alternative transaction to a reasonable >>>degree

>>>

>>>   Summary of material presented and facts thru document viewable:
>>>https://docsend.com/view/bqqk75hnu6had9nw

>>>

>>>

>>>   The $33.3 billion dollar TikTok "proposed sale" agreement under
>>>   review by ByteDance & U.S. Govt/CFIUS

>>>

>>>1) ByteDance and U.S. Govt CFIUS division began review to approve
>>>   new bidder on 09/09/2020 thru 2:29 PM thru email received:

>>>

>>>   Subject: Sec. 2.(d)(i) notification*
>>>   (see page 16 of attached pdf)

>>>

>>>   2) Bidder's 09/14/2020 5:07 AM email
>>>   Subject: Review of "proposed sale" agreement under Sec 2d(ii)
>>>   (See page 4)

>>>

>>>3) Letter delivered to eight Senators today seeking support (page
>>>1)

>>>

>>>

>>>   *Sec. 2. Actions Ordered
>>>   (d) ByteDance shall not complete a sale or transfer under
>>>   section 2(b) to any third party:
>>>   (i) until ByteDance notifies CFIUS in writing of the intended
>>>   recipient or buyer; and
>>>   (ii) unless 10 business days have passed from the notification
>>>   in section 2(d)(i) and CFIUS has not issued an objection to
>>>   ByteDance.

>>>

>>>   Conclusion:

>>>

>>>   ByteDance and U.S. Government CFIUS agency reviewing $33.3
>>>   billion dollar sale offer which is only legally compliant (see
>>>   above Sec 2(d)(ii) ) solution available (actual agreement
>>>   received executable ie signed by BUYER) for ByteDance to comply
>>>(ie:
>>>   ByteDance can execute an actual agreement in its possession
>>which
>>>   satisfies President Trump's demand to reach a deal for
>>>   divestment" under the Executive Orders) with the August 6, 2020
>>>   and August 14, 2020 E.O. orders before September 20, 2020
>>>   deadline.

>>>

>>> Regards

----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/17/2020 at 10:31 PM

Subject: Re: tip for Tiktok/CFIUS story
To: "Bobby Allyn" <ballyn@npr.org>, nick.james@nym.hush.com

yes      I      can      arrange      that..maybe      still      tnite
are             you      west      coast             or             east?

On    9/17/2020    at    9:09    PM,    "Bobby    Allyn"    <BAllyn@npr.org>    wrote:
>
>Thanks. I'd have to authenticate these documents before I could do
>anything with them. Is Brad Greenspan available to talk on
>background?
>
>
>On    Sep    17,    2020,    at    10:15    AM,    "nick.james@nym.hush.com"
><nick.james@nym.hush.com>                                           wrote:
>
>
>Hello, I am one of the financial advisors to bidder
>described further below. I don't have official permission to
>put out a press release yet but I felt it was important to at
>least give reporters covering the story sufficient information so
>they could report on this alternative transaction to a reasonable
>degree
>
>Summary of material presented and facts thru document viewable:
>https://urldefense.com/v3/__https://docsend.com/view/97nyjbwvmgdef3
>7g__;!!lwwt!CCilztIUHqFDg3_UpmTm2A8tR0zwjz0gzpq0gdg54-aJcBiIm-
>rksU1MVNCp$
>
>
> The $33.3 billion dollar TikTok "proposed sale" agreement under
>review    by    ByteDance    &    U.S.    Govt/CFIUS
>
>1) ByteDance and U.S. Govt CFIUS division began review to approve
> new bidder on 09/09/2020 thru 2:29 PM thru email received:
>
>             Subject:         Sec.         2.(d)(i)                notification*
>             (see         page         16         of         attached         pdf)
>
>2)    Bidder's    09/14/2020    5:07    AM    email
>Subject: Review of "proposed sale" agreement under Sec 2d(ii)
>(See                         page                                             4)
>
>3) Letter delivered to eight Senators today seeking support (page
>1)
>
>
>             *Sec.         2.             Actions             Ordered
> (d) ByteDance shall not complete a sale or transfer under
>section         2(b)         to         any         third         party:
> (i) until ByteDance notifies CFIUS in writing of the intended
>recipient                         or                         buyer;                         and
> (ii) unless 10 business days have passed from the notification

>in   section   2(d)(i)   and   CFIUS   has   not   issued   an   objection   to
>ByteDance.
>
>                                                                    Conclusion:
>
>ByteDance   and   U.S.   Government   CFIUS   agency   reviewing   $33.3
>billion   dollar   sale   offer   which   is   only   legally   compliant   (see
>above   Sec   2(d)(ii)   )   solution   available   (actual   agreement
>received   executable   ie   signed   by   BUYER)   for   ByteDance   to   comply
>(ie:
>ByteDance   can   execute   an   actual   agreement   in   its   possession   which
>satisfies   President   Trump's   demand   to   reach   a   deal   for
>divestment"   under   the   Executive   Orders)   with   the   August   6,   2020
>and   August   14,   2020   E.O.   orders   before   September   20,   2020
>deadline.
>
> Regards




----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/18/2020 at 2:52 AM
Subject: (forgot to send u key doc) Sep 14 ByteDance offer letter w/ TikTok Global strategy/structure
To: "Yingzhi Yang (Reuters)" <yingzhi.yang@thomsonreuters.com> Arbel
>>Tarbel@ap.org

Sep   14   ByteDance   offer   letter   w/   TikTok   Global   strategy/structure
https://docsend.com/view/7tvrf7jp22vnkz5j

On   9/17/2020   at   11:44   PM,   "Yingzhi   Yang   (Reuters)"
<Yingzhi.Yang@thomsonreuters.com>                                         wrote:
>
>Sure,                        work                        for                        me.
>
>Cheers,
>Yingzhi
>
>On               2020/9/18,           11:41,           "nick.james@nym.hush.com"
><nick.james@nym.hush.com>                                                   wrote:
>
>        yes,           I           can           arrange           that...
>   he   has   signal.   I   will   have   him   contact   ur   signal#.
>   -will   u   be   avail   at   some   point   between   12am   est   -1am   est   ?
>                                                                          thanks
>                                                                             Nick
>
>
>   On   9/17/2020   at   11:39   PM,   "Yingzhi   Yang   (Reuters)"
><Yingzhi.Yang@thomsonreuters.com>                                         wrote:
>                                                                                >

> >Hi Nick,
> >
> >Thanks for the tip. Would Mr. Greenspan speak to us on
> >background/off the record to talk about this offer?
> >
> >Cheers,
> >Yingzhi
> >
> >Yingzhi Yang
> >China Technology Correspondent | Reuters
> >Mob/Signal: +86 188-1030-3114
> >Twitter: yingzhi_yang
> >
> >
> >On 2020/9/18, 02:09, "nick.james@nym.hush.com"
> ><nick.james@nym.hush.com> wrote:
> >
> >
> > Hello, I am one of the financial advisors to bidder
> > described further below. I don't have permission to
> > put out a press release yet or have client do interviews
> > (as they want to not be seen contravening CFIUS
> > official review process under Sec 2d(ii) ) but I felt
> >it was




----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/18/2020 at 1:23 PM
Subject: Re: Sep 14 2am ByteDance intro letter w/proprietary TikTok Global strategy/structure
To: "Tali Arbel" <tarbel@ap.org>

Hi Please
see update of new development and news announcement just made by TGN!

https://www.prlog.org/12838909-bytedance-urged-to-sign-33-3-billion-dollar-purchase-agreement-to-protect-tiktok-us-app.html

On 9/17/2020 at 11:44 PM, nick.james@nym.hush.com wrote:
>
>CEO/President
>of TikTok Global Network Inc
>www.mypalisadescapital.com/about
>see cnbc video Maria bartiromo interview
>(very short provides color/background)
>or review pg. 17-19 of letter to senators
>where there is resume/work experience
>

>On 9/17/2020 at 11:35 PM, "Tali Arbel" <TArbel@ap.org> wrote:
>>
>>Who is Brad? What's his involvement?
>>
>>Tali Arbel
>>Tarbel@ap.org
>>Work: 212-621-7629
>>Cell: 646-589-1387
>>_____
>>From: Arbel, Tali <TArbel@ap.org>
>>Sent: Thursday, September 17, 2020 11:27:12 PM
>>To: nick.james@nym.hush.com <nick.james@nym.hush.com>
>>Subject: Re: Sep 14 2am ByteDance intro letter w/proprietary
>>TikTok Global strategy/structure
>>
>>646 589 1387
>>
>>Tali Arbel
>>Tarbel@ap.org
>>Work: 212-621-7629
>>Cell: 646-589-1387
>>_____
>>From: nick.james@nym.hush.com <nick.james@nym.hush.com>
>>Sent: Thursday, September 17, 2020 11:21:55 PM
>>To: Arbel, Tali <TArbel@ap.org>
>>Subject: Re: Sep 14 2am ByteDance intro letter w/proprietary
>>TikTok Global strategy/structure
>>
>>[EXTERNAL]
>>
>>I can arrange for you to speak tnite with Brad Greenspan
>>up until mid nite est
>>-what is ur signal # and I will have him connect with u
>>directly
>>
>>On 9/17/2020 at 11:14 PM, "Tali Arbel" <TArbel@ap.org> wrote:
>>>
>>>Hi Nick, is that your real name? Can you get on the phone to tell
>>>me who you are and how you have access to these documents? We can
>>>talk on signal or whatever method easiest for you.
>>>Thanks,
>>>Tali
>>>
>>>Tali Arbel
>>>Tarbel@ap.org
>>>Work: 212-621-7629
>>>Cell: 646-589-1387
>>>_____
>>>From: nick.james@nym.hush.com <nick.james@nym.hush.com>
>>>Sent: Thursday, September 17, 2020 6:41:51 PM
>>>To: Arbel, Tali <TArbel@ap.org>
>>>Subject: Sep 14 2am ByteDance intro letter w/proprietary TikTok
>>>Global strategy/structure

>>>
>>>[EXTERNAL]
>>>
>>>Sep  14  2am  ByteDance  intro  letter  w/proprietary  TikTok  Global
>>>strategy/structure
>>>https://nam05.safelinks.protection.outlook.com/?url=https%3A%2F%2
>F
>>d
>>>ocsend.com%2Fview%2F4dp8pd4kshg5d4j9&data=02%7C01%7Ctarbel%40
>a
>>p
>>>.org%7C4e4258ba016845b81c9f08d85b5adfb9%7Ce442e1abfd6b4ba3abf3b02
>0
>>e
>>>b50df37%7C1%7C1%7C637359793148305704&sdata=HMzMeBBTViAj6lBDV6
>3
>>V
>>>0YUk2OEXi92zcOWeb70uJk8%3D&reserved=0
>>>
>>>On  9/17/2020  at  2:10  PM,  nick.james@nym.hush.com  wrote:
>>>>
>>>>Letter  delivered  to  eight  Senators  today  seeking  support
>>>>https://nam05.safelinks.protection.outlook.com/?url=https%3A%2F%
>2
>>F
>>>docsend.com%2Fview%2Fvumqg54whumta5e2&data=02%7C01%7Ctarbel%4
>0
>>a
>>>p.org%7C4e4258ba016845b81c9f08d85b5adfb9%7Ce442e1abfd6b4ba3abf3b0
>2
>>0
>>>eb50df37%7C1%7C1%7C637359793148315660&sdata=0NQBofg2skn%2Fkao
>K
>>4
>>>lN8X6MlH2TGtgF07zaxhV1bF00%3D&reserved=0
>>>>
>>>>
>>>>
>>>>On  9/16/2020  at  2:37  AM,  nick.james@nym.hush.com  wrote:
>>>>>
>>>>>I  got  the  ok  to  provide  a  pdf  version  of  the  agreement
>>>>>so  it  can  be  included(pasted.  pdf)  as  part  of  an  article
>>>>>
>>>>>
>>>>>
>>>>>On  9/15/2020  at  4:50  AM,  nick.james@nym.hush.com  wrote:
>>>>>>
>>>>>>tip  --$33.3  billion  dollar  TikTok  "proposed  sale"  agreement
>>>>under
>>>>>>review  by  ByteDance  &  U.S.  Govt/CFIUS  (
>>>>>>(you  are  one  of  first  journalists  this  sent  to  as  we  like
>sharp
>>>>>>analysis  in  articles  with  Mr.  O'Brien  and  yourself

>>>>>>on                    the                    TT                    story!)
>>>>>>
>>>>>>Hello,   I   am   one   of   the   financial   advisors   to   the   bidder
>>>>described
>>>>>>further   below   and   I   do   not   have   permission   to   disclose   the
>>>>matter
>>>>>>I   touch   on   below,   but   I   felt   it   was   important   to   at   least   give
>>>>>>reporters   covering   the   story   a   heads   up   so   they   can   properly
>>>>>cover
>>>>>>(without   putting   their   foot   in   their   mouth   :)   )   by   at   least
>>>>>>getting   their   arms   around   the   somewhat   arcane   and   confusing
>>>>CFIUS
>>>>>>regulated   process   that   is   ongoing   in   regards   to   ByteDance   and
>>>>the
>>>>>>interested                    buyers                    in                    the                    U.S.:
>>>>>>
>>>>>>
>>>>>>(whose   identity   is   redacted   in   documents   you   can   review   thru
>>the
>>>>>>link:
>>>https://nam05.safelinks.protection.outlook.com/?url=https%3A%2F%2
>F
>>d
>>>ocsend.com%2Fview%2F49p6hi4q24uirscz&data=02%7C01%7Ctarbel%40
>a
>>p
>>>.org%7C4e4258ba016845b81c9f08d85b5adfb9%7Ce442e1abfd6b4ba3abf3b02
>0
>>e
>>>b50df37%7C1%7C1%7C637359793148315660&sdata=hAFq6BLkefutcD3wsW
>F
>>9
>>>SBpXFDV9NfSjA0l3Xm7fpa0%3D&reserved=0
>>>>>>
>>>>>>as   the   bidder   not   wanting   to   step   on   toes   of   CFIUS   is   waiting
>>>>for
>>>>>>end   of   statutory   10   day   Sec.   2.(d)(i)   notification   notice
>>>>period
>>>>>>(ending   on   Friday   or   Monday)   before   publicly   announcing   the
>>bid,
>>>>>>and   successful   completion   of   Review   of   "proposed   sale"
>>agreement
>>>>>>under                    Sec                    2d(ii).
>>>>>>
>>>>>>
>>>>>>Summary   of   material   presented   and   facts:
>>>>>>
>>>>>>The   $33.3   billion   dollar   TikTok   "proposed   sale"   agreement
>under
>>>>>>review   by   ByteDance   &   U.S.   Govt/CFIUS
>>>>>>
>>>>>>
>>>>>>-ByteDance   and   U.S.   Govt   CFIUS   division   began   review   to

>approve
>>>>>>new bidder on 09/09/2020 thru 2:29 PM thru email received:
>>>>>>
>>>>>>Subject: Sec. 2.(d)(i) notification*
>>>>>>(see page 19 of attached pdf)
>>>>>>
>>>>>>Bidder's 09/14/2020 5:07 AM email Subject: Review of
>>>>"proposed
>>>>>>sale" agreement under Sec 2d(ii)
>>>>>>(See page 1)
>>>>>>
>>>>>>
>>>>>>*Sec. 2. Actions Ordered (d) ByteDance shall not complete a
>>sale
>>>>>>or transfer under section 2(b) to any third party: (i) until
>>>>>>ByteDance notifies CFIUS in writing of the intended recipient
>>or
>>>>>>buyer; and (ii) unless 10 business days have passed from the
>>>>>>notification in section 2(d)(i) and CFIUS has not issued an
>>>>>>objection to ByteDance.
>>>>>>
>>>>>>Conclusion:
>>>>>> ByteDance and U.S. Government CFIUS agency reviewing $33.3
>>>>>>billion dollar sale offer which is only legally compliant (see
>>>>>>above Sec 2(d)(ii) ) solution available (actual agreement
>>>>>received
>>>>>>executable ie signed by BUYER) for ByteDance to comply (ie:
>>>>>>ByteDance can execute an actual agreement in its possession
>>>>which
>>>>>>satisfies President Trump's demand to reach a deal for
>>>>>>"divestment" under the Executive Orders) with the August 6,
>>>>2020
>>>>>>and August 14, 2020 E.O. orders before September 20, 2020
>>>>>deadline.
>>>>>>
>>>>>>I won't be able to answer any
>>>>>>questions most likely until my client
>>>>>>puts out the public announcement later in week
>>>>>>or early next week.
>>>>>>
>>>>>>Regards
>>>>>>
>>>>>>Nick James
>>>>>>New York, NY
>>>
>>>The information contained in this communication is intended for
>>>the use of the designated recipients named above. If the reader
>of
>>>this communication is not the intended recipient, you are hereby
>>>notified that you have received this communication in error, and
>>>that any review, dissemination, distribution or copying of this
>>>communication is strictly prohibited. If you have received this
>>>communication in error, please notify The Associated Press

>>>immediately     by     telephone     at     +1-212-621-1500     and     delete     this
>email.
>>>Thank                                                                              you.
>>
>>The     information     contained     in     this     communication     is     intended     for
>>the   use   of   the   designated   recipients   named   above.   If   the   reader
>of
>>this     communication     is     not     the     intended     recipient,     you     are     hereby
>>notified     that     you     have     received     this     communication     in     error,     and
>>that     any     review,     dissemination,     distribution     or     copying     of     this
>>communication     is     strictly     prohibited.     If     you     have     received     this
>>communication     in     error,     please     notify     The     Associated     Press
>>immediately b


----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/18/2020 at 1:23 PM
Subject: Re: tip for Tiktok/CFIUS story
To: "Bobby Allyn" <ballyn@npr.org>

Hi                                                                            Please
see   update   of   new   development   and   news   announcement   just   made   by   TGN!

https://www.prlog.org/12838909-bytedance-urged-to-sign-33-3-billion-dollar-purchase-
agreement-to-protect-tiktok-us-app.html

On       9/17/2020       at       10:46       PM,       nick.james@nym.hush.com       wrote:
>
>Ok,                                                                             great.
>You                                     can                                     text
>him   at   646   255   8453   when   your   avail   to   speak   (anytime   until   8:45pm
>pst                 ok)                 and                 he                 will
>         ring            you            when            he            sees            txt
>
>
>
>On     9/17/2020     at     10:38     PM,     "Bobby     Allyn"     <BAllyn@npr.org>     wrote:
>>
>>I'm                                         in                                         SF
>>
>>Sent from my iPhone


----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/18/2020 at 1:25 PM
Subject: Re: key doc Sep 14 letter to ByteDance CEO w/proprietary TikTok Global

strategy/structure
To: "Ana Swanson" <ana.swanson@nytimes.com>

Hi                                                                                    Please
see  update  of  new  development  and  news  announcement  just  made  by  TGN!

https://www.prlog.org/12838909-bytedance-urged-to-sign-33-3-billion-dollar-purchase-
agreement-to-protect-tiktok-us-app.html

On        9/17/2020        at        6:03        PM,        nick.james@nym.hush.com        wrote:
>
>https://docsend.com/view/5gwu3sj9dpiqh7vs
>
>key  doc  Sep  14  letter  to  ByteDance  CEO  w/proprietary  TikTok  Global
>strategy/structure

----- Forwarded message from nick.james@nym.hush.com -----
Date: 9/18/2020 at 1:26 PM
Subject: Re: tip --$33.3 billion TikTok "proposed sale" agreement under review by ByteDance &
U.S.CFIUS
To: brian.fung@cnn.com

Hi                                                                                    Please
see  update  of  new  development  and  news  announcement  just  made  by  TGN!

https://www.prlog.org/12838909-bytedance-urged-to-sign-33-3-billion-dollar-purchase-
agreement-to-protect-tiktok-us-app.html

On        9/15/2020        at        6:38        AM,        nick.james@nym.hush.com        wrote:
>
>tip  --$33.3  billion  dollar  TikTok  "proposed  sale"  agreement  under
>review             by             ByteDance             &             U.S.             Govt/CFIUS
>-u  are  one  of  first  journalists  this  sent  to  as  we  think  ur
>articles                                    are                                    superb!
>
>Hello,  I  am  one  of  the  financial  advisors  to  the  bidder  described
>further  below  and  I  do  not  have  permission  to  disclose  the  matter
>I  touch  on  below,  but  I  felt  it  was  important  to  at  least  give
>reporters  covering  the  story  a  heads  up  so  they  can  properly  cover
>in  regards  to  ByteDance  and  the  potential  buyers  in  the  U.S.:
>
>>