**EXHIBIT 13**

```
>>>> >>
>>>> >>> u are first shared with...I think can hold off to give u
>>>> >exclusive..
>>>> >>> how long do u need?
>>>> >>>
>>>> >>> On 9/17/2020 at 11:31 AM, "Ana Swanson"
>>>> ><ana.swanson@nytimes.com> wrote:
>>>> >>> >
>>>> >>> >Thanks, Nick. Have you shared with other media? If you
>can
>>hold
>>>> >>> >off a bit,
>>>> >>> >I'd love to have the exclusive on this! Talking with my
>>editors
>>>> >>> >right now.
>>>> >>> >
>>>> >>> >On Thu, Sep 17, 2020 at 11:22 AM <nick.james@nym.hush.com>
>>>> >wrote:
>>>> >>> >
>>>> >>> >> Hi-
>>>> >>> >>
>>>> >>> >> Please see Letter just delivered (via fax and/or email)
>>from
>>>> >>> >TikTok Global
>>>> >>> >> to: U.S. Senator Marco Rubio
>>>> >>> >> U.S. Senator Rick Scott U.S. Senator John Cornyn
>>>> >>> >> U.S. Senator Marsha Blackburn U.S. Senator Ted Cruz
>>>> >>> >> U.S. Senator Roger Wicker U.S. Senator Dan Sullivan U.S.
>>>> >Senator
>>>> >>> >Josh
>>>> >>> >> Hawley
>>>> >>> >>
>>>> >>> >> Subject :support requesting CFIUS review of TGN's
>>>> >transaction be
>>>> >>> >completed
>>>> >>> >> at the same time as Oracle's, so the President will
>have
>>the
>>>> >best
>>>> >>> >> information available to him when he makes critical
>>>> >decisions in
>>>> >>> >the near
>>>> >>> >> future impacting the national security of the United
>>States.
>>>> >>> >> see thru link.here:
>>>> >>> >> https://docsend.com/view/x5bcp4waix4i332h
>>>> >>> >>
>>>> >>> >> Also attached is approved photo
>>>> >>> >> for usage in article of CEO TikTok Global
>>>> >>> >> and CNBC Maria Bartiromo video interview for further
>>>> >>> >color/verification re
>>>> >>> >> background
>>>> >>> >> www.mypalisadescapital.com/about
```

```
>>>> >>> >>
>>>> >>> >>
>>>> >>> >> On 9/16/2020 at 7:36 PM, nick.james@nym.hush.com wrote:
>>>> >>> >> >
>>>> >>> >> >sure, let me see if I can get signal going and then
>>reach
>>>> >out
>>>> >>> >to u
>>>> >>> >> >
>>>> >>> >> >On 9/16/2020 at 11:07 AM, "Ana Swanson"
>>>> >>> ><ana.swanson@nytimes.com>
>>>> >>> >> >wrote:
>>>> >>> >> >>
>>>> >>> >> >>Thank you so much for sharing this with us. I'm
>>reviewing
>>>> >this.
>>>> >>> >> >>Are you
>>>> >>> >> >>available to discuss this with me? I could talk via
>>Signal
>>>> >or
>>>> >>> >> >>another
>>>> >>> >> >>secure method if you prefer. My cell phone and Signal
>>>> >number
>>>> >>> >are
>>>> >>> >> >>515 209
>>>> >>> >> >>9665.
>>>> >>> >> >>
>>>> >>> >> >>Thanks,
>>>> >>> >> >>Ana
>>>> >>> >> >>
>>>> >>> >> >>On Wed, Sep 16, 2020 at 2:33 AM
>><nick.james@nym.hush.com>
>>>> >>> >wrote:
>>>> >>> >> >>
>>>> >>> >> >>> I got the ok to provide a pdf version of the
>>agreement
>>>> >>> >> >>> so it can be included to be reviewed by readers
>>(pasted.
>>>> >pdf)
>>>> >>> >> >as
>>>> >>> >> >>part of
>>>> >>> >> >>> an article
>>>> >>> >> >>>
>>>> >>> >> >>>
>>>> >>> >> >>>
>>>> >>> >> >>> On 9/15/2020 at 6:26 AM, nick.james@nym.hush.com
>>wrote:
>>>> >>> >> >>> >
>>>> >>> >> >>> >tip --$33.3 billion dollar TikTok "proposed sale"
>>>> >agreement
>>>> >>> >> >>under
>>>> >>> >> >>> >review by ByteDance & U.S. Govt/CFIUS (
>>>> >>> >> >>> >-u are one of first journalists this sent to as we
```