**EXHIBIT 14**

September 9, 2020
Mr. Ben Hakim
Chief Financial Officer
**Pershing Square Tontine Holdings, Ltd**

Hello Mr. Hakim,

I wanted to introduce myself andinquire if Tontine was interested in discussing participation in TikTok Global Network Inc'sbid to acquire TikTok U.S., NZ, AU Assets as part of (i) merging these with certain strategic online video & live streaming platforms being contributed from eLiveTime, Imc. a company I control and (ii) ViacomCBS('VC') participating as strategic investor (I worked directly

W/ Bob Bakish in 2005 attempted counter-bid to buy Myspace (which Viacom had agreed to underwrite behind the scenes ).

-see brief CNBC Maria Bartiromo videointerview for bit more color/background

At www.mypalisadescapital.com/about

Part of the key benefits of our bidding group include: (i)that we arewell positioned to be approved by China Government for transfer of proprietary TikTok technology (I was first American to receive an online video broadcast license from China PRC Government in 2007, and thus when as part of a JV with Major League Baseball (MLB) my China focused company created, launched, and operated MLB's first official China website MLB.cn facilitated by our China video websites (I controlled over 50% of 2 of top 10)

(ii) I was Founder of Myspace.com (as Chairman/CEO of its public parent eUniverse, Inc. when we launched 100% owned Myspace in August 2003) and am top operator of social media/interactive entertainment platforms in U.S., and one of few with experience as principal executive officer of public company, generating significant profits for over 100 institutional investors who held shares at time of 2005 NewsCorp/Fox $650m buyout

(iii) the complimentary video/streaming assets being contributed will make the post-growth story
More exciting to the public marketplace

-Therefore, its very likely that post- announcement of a Tontine acquisition of TikTok Global Network led by Myspace Founder, the stock well positioned to increase by 2-4X over subsequent 90 Days

Please let me know if you are free to chat today or this eve or sometime tmrw.

Also I am forwarding a copy of the CFIUS notice TGN and ByteDance provided which includes further background on myself and TGN. As well as a 1 page mutual NDA to review (we can have preliminary discussion without this in place of course).

Best Regards-

Brad Greenspan
President/CEO
TikTok Global Network Inc
244 Fifth Avenue, Suite #g290
New York, NY 10001

Ph: 646-664-1229 (you can text or call me anytime until midnite)