AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TIKTOK GLOBAL LLC <br><br> *Plaintiff(s)* <br> v. <br><br> BYTEDANCE LTD., TIKTOK INC., and YIMING ZHANG <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:25-cv-60645 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BYTEDANCE LTD.
c/o TIKTOK INC
Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David P. Reiner, II
REINER & REINER, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| TIKTOK GLOBAL LLC | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 0:25-cv-60645 |
| BYTEDANCE LTD., TIKTOK INC., and YIMING ZHANG | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BEIJING TELECOMMUNICATIONS CO. LTD
c/o TIKTOK INC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David P. Reiner, II
REINER & REINER, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TIKTOK GLOBAL LLC <br><br> *Plaintiff(s)* <br> v. <br> BYTEDANCE LTD., TIKTOK INC., and YIMING ZHANG <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60645 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TIKTOK INC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David P. Reiner, II
REINER & REINER, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TIKTOK GLOBAL LLC <br><br> *Plaintiff(s)* <br> v. <br> BYTEDANCE LTD., TIKTOK INC., and YIMING ZHANG <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  0:25-cv-60645 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YIMING ZHANG
c/o TIKTOK INC
Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David P. Reiner, II
REINER & REINER, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*