UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-23147-DPG

TIKTOK GLOBAL LLC, a Florida limited
liability company,

    Plaintiff,

v.

BYTEDANCE LTD., BEIJING
TELECOMMUNICATIONS CO. LTD.,
TIKTOK INC., and YIMING ZHANG,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to S.D. Fla. L.R. 3.8 (citing §2.15.00 of the Court's Internal Operating Procedures), due to the lower-numbered case 0:25-cv-60645-AHS, and subject to the consent of the Honorable Raag Singhal, it is

**ORDERED AND ADJUDGED** that the above styled cause is hereby transferred to the Honorable Raag Singhal for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of August, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above styled cause, the undersigned hereby accepts the transfer of this action.  Therefore, it is

**ORDERED AND ADJUDGED** that all proceedings hereinafter shall bear Case No. 25-cv-23147-AHS, thereby indicating the judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is herewith accepted this 1st day of August, 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF