**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-23147-AHS**

TIKTOK GLOBAL LLC, a Florida limited liability company;

    Plaintiff,

v.

BYTEDANCE LTD, BEIJING TELECOMMUNICATIONS CO. LTD, TIKTOK INC., YIMING ZHANG,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Noah Resnick, Esq. of the law firm of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW Washington, DC 20001-4956, (202) 662-5053, for purposes of appearance as co-counsel on behalf of Defendants, ByteDance, Ltd. and Tiktok Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Noah Resnick to receive electronic filings in this case, and in support thereof states as follows:

    1.    Noah Resnick is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the District of Columbia.

    2.    Movant, Spencer Silverglate, Esquire, of the law firm of Clarke Silverglate, 5301 Blue Lagoon Drive, 9th Floor, Miami, FL 33126, (305) 347-1557, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.	In accordance with the local rules of this Court, Noah Resnick has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.	Noah Resnick, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Noah Resnick, at email address: nresnick@cov.com.

WHEREFORE, Spencer Silverglate moves this Court to enter an Order Noah Resnick to appear before this Court on behalf of Defendants, ByteDance, Ltd. and Tiktok Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Noah Resnick.

Date: August 5, 2025	Respectfully submitted,

*/s/Spencer Silverglate*
Spencer Silverglate (FBN: 769223)
5301 Blue Lagoon Drive, 9th Floor
Miami, FL 33126
Phone: (305) 377-1557
Fax: (305) 377-3001
ssilverglate@cspalaw.com
*Attorneys for Defendants, ByteDance Ltd. and Tiktok Inc.*