**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-23147-AHS**

TIKTOK GLOBAL LLC, a Florida limited
liability company;

      Plaintiff,

v.

BYTEDANCE LTD, BEIJING
TELECOMMUNICATIONS CO. LTD,
TIKTOK INC., YIMING ZHANG,

      Defendants.
_____/

**CERTIFICATION OF NOAH RESNICK, ESQUIRE**

      Noah Resnick, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                       _/s/Noah Resnick_____
                                                                       Noah Resnick