UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-23147-AHS

TIKTOK GLOBAL LLC, a Florida limited liability company;

    Plaintiff,

v.

BYTEDANCE LTD, BEIJING TELECOMMUNICATIONS CO. LTD, TIKTOK INC., YIMING ZHANG,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Noah Resnick, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED.  Noah Resnick may appear and participate in this action on behalf of Defendants, ByteDance, Ltd. and Tiktok Inc.  The Clerk shall provide electronic notification of all electronic filings to Noah Resnick at nresnick@cov.com.

    DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record