UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-23147-CIV-SINGHAL

TIKTOK GLOBAL LLC, a Florida limited liability company,

    Plaintiff,

v.

BYTEDANCE LTD., TIKTOK INC., and YIMING ZHANG,

    Defendants.
_____/

## AMENDED ORDER

**THIS CAUSE** has come before the Court on the Motion to Appear *Pro Hac Vice* for Noah Resnick, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") (DE [14]), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court, having considered the Motion, and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice* (DE [14]) is **GRANTED**.  Noah Resnick may appear and participate in this action on behalf of Defendants, ByteDance, Ltd. and TikTok Inc.

The Clerk shall provide electronic notification of all electronic filings to Noah Resnick at nresnick@cov.com.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of August 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF