UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:25-cv-23147-AHS

TIKTOK GLOBAL LLC,

    Plaintiff,

vs.

BYTEDANCE LTD., BEIJING
TELECOMUNICATIONS CO. LTD.,
TIKTOK INC. and YIMING ZHANG,

    Defendants.
_____/

**DEFENDANTS BYTEDANCE LTD. AND TIKTOK INC.'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants ByteDance Ltd. and TikTok Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order to File a Certificate of Interested Persons [D.E. 11], hereby disclose the following known persons and entities with an interest in the outcome of this case and submits their corporate disclosure statement:

- TikTok Global LLC, Plaintiff
- David P. Reiner, II, Attorney for Plaintiff
- TikTok Inc., Defendant
- TikTok LLC, Intermediate Corporate Parent of Defendant TikTok Inc.
- TikTok Ltd., Intermediate Corporate Parent of Defendant TikTok Inc.
- ByteDance Ltd., Defendant and Ultimate Corporate Parent of Defendant TikTok Inc.
- Yiming Zhang, Defendant
- Spencer H. Silverglate, Clarke Silverglate, P.A., Attorney for Defendants ByteDance Ltd. and TikTok Inc.

- Megan M. Thermes, Clarke Silverglate, P.A., Attorney for Defendants ByteDance Ltd. and TikTok Inc.

- Benjamin C. Block, Covington & Burling LLP, Attorney for Defendants ByteDance Ltd. and TikTok Inc.

- Noah H. Resnick, Covington & Burling LLP, Attorney for Defendants ByteDance Ltd. and TikTok Inc.

Defendant TikTok Inc., a California-incorporated company, is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary of ByteDance Ltd., a privately held corporation incorporated in the Cayman Islands. No publicly held corporation owns 10% or more of the stock of TikTok Inc. or ByteDance Ltd.

August 6, 2025

Respectfully submitted,

*s/Spencer Silverglate*
Spencer Silverglate (Florida Bar No. 769223)
Megan Thermes (Florida Bar. No. 1058575)
CLARKE SILVERGLATE, P.A.
5301 Blue Lagoon Drive, 9th Floor
Miami, FL 33126
Phone: 305-347-1557
Facsimile: 305-377-3001
ssilverglate@cspalaw.com
mthermes@cspalaw.com

Benjamin C. Block*
Noah H. Resnick*
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
Phone: 202-662-6000
Facsimile: 202-778-6000
bblock@cov.com
nresnick@cov.com
**Admitted Pro Hac Vice*

*Attorneys for Defendants, ByteDance Ltd. and TikTok Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/Spencer Silverglate*
Spencer Silverglate
