**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-23147-AHS**

TIKTOK GLOBAL LLC,

    Plaintiff,

vs.

BYTEDANCE LTD., BEIJING
TELECOMMUNICATIONS CO. LTD.,
TIKTOK INC. and YIMING ZHANG,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND INITIAL
DEADLINES AND TO STAY DISCOVERY PENDING
ADJUDICATION OF MOTION TO DISMISS**

THIS CAUSE having come before the Court on the Motion to Extend Initial Deadlines and to Stay Discovery Pending Adjudication of Motion to Dismiss, and the Court, having considered the Motion and all other relevant factors, hereby

ORDERS AND ADJUDGES that:

The Motion is GRANTED. The initial deadlines required by Federal Rule of Civil Procedure 26(a)(1) and Local Rule 16.1, as well as discovery, shall be stayed until the Court resolves Defendants' Motion to Dismiss.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record