**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

Case No.: 1:25-cv-23147-AHS

**TIKTOK GLOBAL LLC, A FLORIDA LIMITED LIABILITY COMPANY,**

Plaintiff,

vs.

**BYTEDANCE LTD, BEIJING TELECOMMUNICATIONS CO. LTD, TIKTOK INC., YIMING ZHANG,**

Defendants.

**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, TIKTOK GLOBAL LLC., by through undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1 and the Court's Order (DE 11), hereby files the following Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**Plaintiff TikTok Global LLC has no parent corporation and no publicly held company owns 10% or more of its stock.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 13332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor.

**Not Applicable.**

3. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies, that own 10% or more of a party' stock, and all other identifiable legal entities related to a party:

**Tiktok Global LLC, Plaintiff**

**ByteDance Ltd., Defendant**

**TikTok Inc., Defendant**

**Yiming Zhang, Defendant**

**David P. Reiner, II of Reiner & Reiner, P.A., Counsel for Plaintiff**

**Brad Greenspan**

**Committee on Foreign Investment in the United States**

**Treasury Secretary Mnuchin**

4. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

5. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**Committee on Foreign Investment in the United States**

**Treasury Secretary Mnuchin**

6. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

2

**Tiktok Global LLC, Plaintiff**

**I HEREBY CERTIFY** that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of such conflict.

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Phone: (305) 670-8282; Facsimile: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By:_____
**DAVID P. REINER, II**; FBN 416400

3

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

## **CERTIFICATE OF SERVICE**

    *I HEREBY CERTIFY that on **August 8, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400

4

REINER & REINER, P.A.
ONE DATRAN CENTER ◆ 9100 SOUTH DADELAND BLVD ◆ SUITE 901 ◆ MIAMI ◆ FLORIDA ◆ 33156 ◆ TEL: 305 670-8282 ◆ FAX: 305 670-8989