UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23147-CIV-SINGHAL

TIKTOK GLOBAL LLC,

    Plaintiff,

v.

BYTEDANCE LTD. et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Unopposed Motion to Extend Initial Deadlines and to Stay Discovery Pending Adjudication of Motion to Dismiss (DE [19]) ("Motion"). The Eleventh Circuit reiterated its concern regarding the burdens and costs of conducting discovery before potentially dispositive motions are resolved. "Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should ... be resolved before discovery begins." *Isaiah v. JPMorgan Chase Bank,* 960 F.3d 1296, 1308 (11th Cir. 2020) (quoting *Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1367 (11th Cir. 1997)). The parties agree to an extension of initial deadlines and a stay of discovery. Thus, the Court concludes that discovery should be stayed pending resolution of the Motion to Dismiss. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion to Extend Initial Deadlines and to Stay Discovery Pending Adjudication of Motion to Dismiss (DE [19]) is **GRANTED.**

Discovery shall be stayed pending resolution of Defendants' Motion to Dismiss.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 11th day of August 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF