UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23147-CIV-SINGHAL

TIKTOK GLOBAL LLC, *a Florida limited liability company*,

    Plaintiff,

v.

BYTEDANCE LTD. *et al*.

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for 30-Day Extension of Deadlines ("Motion") (DE [29]).  The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion (DE [29]) is **GRANTED.**[1]

2. Plaintiff shall have until on or before **October 29, 2025** to obtain new counsel and have new counsel file a Notice of Appearance.

3. Plaintiff shall submit its response to the Motion to Dismiss (DE [17]) on or before **November 12, 2025**.

---

[1] In future, Plaintiff needs to comply with Local Rule 7.1(a)(2) before filing a motion.  The Rule requires counsel to affirm that "the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, *which efforts shall be identified with specificity in the statement (including the date, time, and manner of each effort)*, but has been unable to do so." (Emphasis added).  Finding good cause exists, the Court grants the Motion but asks that Plaintiff heed this rule for the future.

4. Plaintiff's failure to timely comply with this Order may result in the case being dismissed without prejudice.

5. Plaintiff's failure to timely submit its response to the Motion to Dismiss (DE [17]) will result in the Court treating the Motion as unopposed on the merits.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 6th day of October 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF